Caren E. Short
Christine P. Sun
Joseph J. Levin, Jr.
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
(334) 956-8200 (telephone)
(334) 956-8481 (facsimile)
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org

Matthew D. Benedetto
Randall R. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300 (telephone)
(213) 443-5400 (facsimile)
matthew.benedetto@wilmerhale.com
randall.lee@wilmerhale.com

Daniel S. Noble
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8852 (telephone)
(212) 230-8888 (facsimile)
daniel.noble@wilmerhale.com

Eugene Marder
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000 (telephone)
(650) 858-6100 (facsimile)
eugene.marder@wilmerhale.com

*Attorneys for Plaintiffs Tracy Cooper-Harris and Maggie Cooper-Harris*

1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

TRACEY COOPER-HARRIS and
MAGGIE COOPER-HARRIS,

               Plaintiffs,

               v.

UNITED STATES OF AMERICA, *et al.*,

               Defendants.

No. 2:12-cv-0887-CBM (AJWx)

**STIPULATION RE:**
**PROPOSED BRIEFING**
**SCHEDULE FOR PRE-**
**DISCOVERY MOTIONS**

Hon. Consuelo B. Marshall

WHEREAS, proposed intervenor-defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") has filed on April 2, 2012, an unopposed motion to intervene for the purpose of defending the constitutionality of Section 3 of the Defense of Marriage Act, Pub. L. No. 104-199, § III, 110 Stat. 2419 (1996) ("DOMA Section 3"), codified at 1 U.S.C. § 7, and 38 U.S.C. § 101 (3), (31); and

WHEREAS, both Plaintiffs and Defendants, the United States of America, Attorney General Eric H. Holder, Jr. and Secretary Eric K. Shinseki ("Defendants"), plan to file a response to the House's unopposed motion to intervene;

WHEREAS, if its motion to intervene is granted, the House intends to file a motion to stay these proceedings pending final resolution on the merits by the United States Court of Appeals for the Ninth Circuit in *Golinski v. Office of Personnel Management, et al.*, Nos. 12-15388 & 12-15409, and/or *Torres-Barragan v. Holder, et al.*, No. 10-55768; and

WHEREAS, Plaintiffs have indicated that they intend to oppose the House's motion to stay proceedings and Defendants have indicated that they will consent to the House's request for a stay.

NOW THEREFORE, IT IS STIPULATED AND AGREED THAT:

Plaintiffs and Defendants will file their responses to the House's motion to intervene on or before Tuesday, April 10, 2012.  The Plaintiffs will respectfully request that the Court rule on the motion to intervene as expeditiously as possible after the House files its reply;

The House will file its reply to the Plaintiffs' and Defendants' responses to the House's motion to intervene on or before Tuesday, April 17, 2012.

The House will file a motion to stay proceedings pending final resolution on the merits by the United States Court of Appeals for the Ninth Circuit in *Golinski v. Office of Personnel Management, et al.*, Nos. 12-15388 & 12-15409 and/or *Torres-Barragan v. Holder, et al.*, No. 10-55768, by the later of Monday, April 23,

2012, or seven (7) calendar days after the Court grants the House's motion to intervene.

Plaintiffs will file their response to the House's motion to stay on or before twenty-one (21) calendar days after the date the House files its motion to stay.

The House will file a reply to the Plaintiffs' response to the House's motion to stay on or before fourteen (14) calendar days after the Plaintiffs' response is filed.

The House will request that the Court hear its motion to stay on the first available date.

If the House's motion to stay is denied in whole or in part, then within fourteen (14) calendar days of the entry of the Court's order on the House's motion to stay, the parties will: (i) meet and confer, in accordance with Rule 26, regarding a discovery and dispositive motion briefing schedule; and (ii) file a Rule 26(f)(2) report.  If necessary, the parties jointly will seek a scheduling conference with the Court as soon as they can be heard.

SEEN AND AGREED TO:

*/s/ Caren E. Short*
Caren E. Short
Christine P. Sun
Joseph J. Levin, Jr.

Southern Poverty Law Center
400 Washington Avenue

Montgomery, AL 36104
(334) 956-8200 (telephone)
(334) 956-8481 (facsimile)
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org

Matthew D. Benedetto
Randall R. Lee

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
(213) 443-5300 (telephone)
(213) 443-5400 (facsimile)
matthew.benedetto@wilmerhale.com
randall.lee@wilmerhale.com

Daniel S. Noble

Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8852 (telephone)
(212) 230-8888 (facsimile)
daniel.noble@wilmerhale.com

Eugene Marder

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000 (telephone)
(650) 858-6100 (facsimile)
eugene.marder@wilmerhale.com

*Attorneys for Plaintiffs Tracy Cooper-Harris and Maggie Cooper-Harris*

*/s/Jean Lin (with permission)*
Jean Lin

U.S. Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 514-3716 (telephone)
(202) 616-8470 (facsimile)
jean.lin@usdoj.gov

*Attorneys for Defendants the United States of America, Eric H. Holder, Jr. in his official capacity as Attorney General, and Eric K. Shinseki in his official capacity as Secretary of Veterans Affairs*

*/s/ Paul D. Clement (with permission)*
Paul D. Clement
H. Christopher Bartolomucci
Conor B. Dugan
Nicholas J. Nelson

BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090 (telephone)
(202) 234-2806 (facsimile)
pclement@bancroftpllc.com
cbartolomucci@bancroftpllc.com
cdugan@bancroftpllc.com
nnelson@bancroftpllc.com

*Of Counsel:*
Kerry W. Kircher, General Counsel
William Pittard, Deputy General Counsel
Christine Davenport, Senior Assistant Counsel
Kirsten W. Konar, Assistant Counsel
Todd B. Tatelman, Assistant Counsel
Mary Beth Walker, Assistant Counsel

1 OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
2 219 Cannon House Office Building
3 Washington, D.C. 20515
(202) 225-9700 (telephone)
4 (202) 226-1360 (facsimile)
5 Kerry.Kircher@mail.house.gov
William.Pittard@mail.house.gov
6 Christine.Davenport@mail.house.gov
7 Kirsten.Konar@mail.house.gov
Todd.Tatelman@mail.house.gov
8 MaryBeth.Walker@mail.house.gov
9
10 *Attorneys for Proposed Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*
11
12 April 4, 2012
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2012, I electronically filed the foregoing

Stipulation Re: Proposed Briefing Schedule for Pre-Discovery Motions with the

Clerk of the Court for the U.S. District Court for the Central District of California

using the appellate CM/ECF system.  I further certify that all parties in this case

are registered CM/ECF users and will be served by the appellate CM/ECF system.


*/s/Caren E. Short*
Caren E. Short