# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, | No. 2:12-cv-0887-CBM (AJWx) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

The proposed briefing schedule set forth in the joint Stipulation Re: Proposed Briefing Schedule for Pre-Discovery Motions is hereby **GRANTED.**

It is by the Court this ____ day of _____, 2012, SO ORDERED.

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE