# Exhibit 1

#DOMA vote no surprise-Hoyer & I NO Boehner, Cantor, McCarthy YES twitpic

📷 twitpic

Login or Register



## Majority Leader Eric Cantor
### Authority to Intervene or File Amicus

I move that the bipartisan legal advisory group "BLAG" recommend that the Speaker direct the General Counsel to:

(i) take such steps as he considers appropriate, including intervention or submission of briefs amicus curiae, to protect the interests of the House in litigation in which the Attorney General has ceased to defend the constitutionality of section 3 of the Defense of Marriage Act;

(ii) retain counsel to conduct such litigation on behalf of the BLAG; and

(iii) coordinate such litigation with such counsel.

#DOMA vote no surprise-Hoyer & I NO Boehner, Cantor, McCarthy YES. House to spend $ defending indefensible law.

©2012 Twitpic Inc, All Rights Reserved

Home    FAQ    Contact    API    Advertise    Terms    Privacy

http://twitpic.com/47xhc2/full

– 6 –

4/3/2012