# Exhibit 2

www.speaker.gov

**Speaker Contact:**

### House Will Ensure DOMA Constitutionality is Determined by the Court

Washington, Mar 9 -

House Speaker John Boehner (R-OH) today issued the following statement regarding the Defense of Marriage Act (DOMA):

*"Today, after consultation with the Bipartisan Leadership Advisory Group, the House General Counsel has been directed to initiate a legal defense of this law.  This action by the House will ensure that this law's constitutionality is decided by the courts, rather than by the President unilaterally."*

**NOTE:** The Bipartisan Legal Advisory Group is a five-member panel consisting of the Speaker of the House, Majority Leader, Majority Whip, Minority Leader, and Minority Whip. Under House rules, the advisory group has the authority to instruct the non-partisan office of the House General Counsel to take legal action on behalf of the House of Representatives.