JOSEPH J. LEVIN, JR. *(Pro Hac Vice)*
joe.levin@splcenter.org
CHRISTINE P. SUN (SBN 218701)
christine.sun@splcenter.org
CAREN E. SHORT *(Pro Hac Vice)*
caren.short@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481

**(*Caption Continued on Next Page*)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs, <br><br> Defendants. | Case No. CV12-0887CBM(AJWx) <br><br> SCHEDULING ORDER |

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

RANDALL R. LEE (SBN 152672)
randall.lee@wilmerhale.com
MATTHEW BENEDETTO (SBN 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

DANIEL S. NOBLE (*Pro Hac Vice*)
daniel.noble@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

EUGENE MARDER (SBN 275762)
eugene.marder@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiffs
TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS

Pursuant to the April 4, 2012 Stipulation entered by the Plaintiffs, Defendants, and Proposed Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House"), it is hereby ORDERED that:

The Plaintiffs and Defendants will file their responses to the House's motion to intervene on or before Tuesday, April 10, 2012;

The House will file its reply to the Plaintiffs' and Defendants' responses to the House's motion to intervene on or before Tuesday, April 17, 2012;

The House will file any motion to stay proceedings by the later of Monday, April 30, 2012, or seven (7) calendar days after the Court grants the House's motion to intervene;

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1. The Plaintiffs will file their response to the House's motion to stay on or before twenty-one (21) calendar days after the date the House files its motion to stay;

2. The House will file any reply to the Plaintiffs' response to the House's motion to stay on or before fourteen (14) calendar days after the date the Plaintiffs file their response; and

3. If the House's motion to stay is denied in whole or in part, then within fourteen (14) calendar days of the entry of the Court's order on the House's motion to stay, the parties will: (i) meet and confer, in accordance with Federal Rule of Civil Procedure 26, regarding a discovery and dispositive motion briefing schedule; and (ii) file a Rule 26(f)(2) report. If necessary, the parties jointly will seek a scheduling conference with the Court as soon as they can be heard.

It is by the Court this 5th day of April, 2012, SO ORDERED.



HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

[PROPOSED] SCHEDULING ORDER
CASE NO. CV 12-0887 CBM (AJWx)

ACTIVEUS 94389787v1