UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and, MAGGIE COOPER-HARRIS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No: 2:12-CV-0887-CBM (AJWx)<br><br>**[PROPOSED] ORDER**<br><br>Honorable Consuelo B. Marshall |

Upon consideration of the Unopposed Motion of the Bipartisan Legal Advisory Group of the U.S. House of Representatives for Leave to Intervene (ECF No. 17), and Plaintiffs' and Defendants' responseS to the motion, it is hereby

ORDERED that the Bipartisan Legal Advisory Group is permitted to intervene to present arguments in support of the constitutionality of Section 3 of the Defense of Marriage Act and 38 U.S.C. § 103 (3), (13), consistent with the Department of Justice's role in this case as counsel for Defendants.

SO ORDERED.

Dated: _____          _____
　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　U.S. District Court Judge