Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Sr. Ass't Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Kirsten W. Konar, Ass't Counsel (DC Bar 979176)
Kirsten.Konar@mail.house.gov
Todd B. Tatelman, Ass't Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Ass't Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202-225-9700 (phone)
202-226-1360 (fax)

*Counsel for Proposed Intervenor the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-00887-CBM (AJWx)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION OF PROPOSED INTERVENOR FOR CANCELLATION OF *PRO HAC VICE* NOTICE OR WAIVER OF LOCAL RULE 83-2.3**<br><br>Hearing:  May 14, 2012<br>Time:  10:00 a.m.<br>Hon. Consuelo B. Marshal |

PLEASE TAKE NOTICE that Proposed Intervenor the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") will move this Court on May 14, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the U.S. District Court, Courtroom 2, 312 North Spring Street, Los Angeles, California 90012, for an order granting the House's Motion for Cancellation of *Pro Hac Vice* Notice or Waiver of Local Rule 83-2.3.

**UNOPPOSED MOTION FOR CANCELLATION OF *PRO HAC VICE* NOTICE OR WAIVER OF LOCAL RULE 83-2.3**

Pursuant to 2 U.S.C. § 130f(a) and Rule 7(b) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, the House respectfully moves for entry of an Order cancelling the Notice of *Pro Hac Vice* Application and Filing Fee Due (Apr. 4, 2012) (ECF No. 18) (the "Notice"), or, in the alternative, for waiver of the application of Local Rule 83-2.3 in this case to Paul D. Clement, Esq., H. Christopher Bartolomucci, Esq., Conor B. Dugan, Esq. and Nicholas J. Nelson, Esq. of the law firm of Bancroft PLLC, 1919 M Street, NW, Suite 470, Washington, D.C. 20036.

Pursuant to Local Rule 7-3, on April 13, 2012, undersigned counsel conferred with Christine Sun, counsel for the plaintiffs, and Jean Lin, Senior Trial

Counsel with the Department of Justice and counsel for the defendants. Both advised that their clients do not oppose this motion.

A proposed Order is submitted herewith.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On April 2, 2012, the House moved to intervene in this case as a party defendant to defend the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), codified at 1 U.S.C. § 7, and 38 U.S.C. § 101(3), (31). *See* Unopposed Mot. of the [House] for Leave to Intervene (Apr. 2, 2012) (ECF No. 17). The House so moved so because the Department of Justice has abdicated its responsibility to defend those statutes. *See* Mem. of P. & A. in Supp. of Unopposed Mot. of the [House] for Leave to Intervene at 3-6 (Apr. 2, 2012) (ECF No. 19) ("House Intervention Memo"). The House is represented in this matter by the law firm of Bancroft PLLC – and specifically by four of its attorneys, Messrs. Clement, Bartolomucci, Dugan and Nelson – pursuant to a Contract for Legal Services entered into between Bancroft and House General Counsel Kerry W. Kircher in April 2011 ("Contract for Legal Services"). A copy of the Contract for Legal Services is attached as Exhibit A. The House General Counsel and his staff are Of Counsel in this matter.

On April 4, 2012, the Clerk of the Court issued to Messrs. Clement, Bartolomucci, Dugan and Nelson the Notice which recites that:

2

> Your *Pro Hac Vice* application has not been received by the court. Please return your completed Application of Non-Resident Attorney to appear in a Specific Case, form G-64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out-of-state federal government employees who are not employed by the U.S. Department of Justice are required to file a *Pro Hac Vice* application; no filing fee is required.

Notice at 1.

As we now explain, this Court should (i) cancel the Notice, pursuant to 2 U.S.C. § 130f(a) which explicitly exempts the Bancroft attorneys from "compliance with any requirements for admission to practice" before this Court; and/or (ii) cancel the filing fee requirement as to Messrs. Clement, Bartolomucci, Dugan and Nelson, pursuant to the Mem. of Leonidas Ralph Mecham, Director, Administrative Office of the United States Courts, to All Clerks, United States Courts (Aug. 10, 1998) ("Mecham Memo"), attached as Exhibit B. In the alternative, the Court should (iii) waive the application of Local Rule 83-2.3 in this case as to Messrs. Clement, Bartolomucci, Dugan and Nelson.

## ARGUMENT

### I. Bancroft Is Statutorily Exempt from This Court's Admission Requirements in This Case.

Section 130f(a) of title 2 of the United States Code provides, in pertinent part, that:

> The General Counsel of the House of Representatives and any other counsel in the Office of the General Counsel of the House of Representatives, *including any counsel specially retained by the Office of General Counsel*, shall be entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States . . . without compliance with any requirements for admission to practice before such court . . . .

(emphasis added).

The "General Counsel of the House of Representatives" – defined in the statute as "the head of the Office of General Counsel established and operating under clause 8 of rule II of the Rules of the House of Representatives, *id*. § 130f(c)(1) – currently is Mr. Kircher. *See* Press Release, *Boehner Taps Kerry Kircher to Serve as House General Counsel for 112th Congress* (Jan. 3, 2011),
4

attached as Exhibit C. Mr. Kircher specially retained Bancroft to represent the House in this and other cases that challenge the constitutionality of DOMA Section 3. *See* Contract for Legal Services at 1, 4.

Accordingly, the Bancroft attorneys fall squarely within the language "including any counsel specially retained by the Office of General Counsel," 2 U.S.C. § 130f(a), and, as such, are statutorily exempt from compliance with this Court's admission-to-practice rules (Local Rule 83-2.3) and filing fee requirements.

To date, the Bancroft attorneys have appeared on behalf of the House in ten other federal cases that challenge the constitutionality of DOMA Section 3, and none of the courts in which they have appeared has required them to be admitted *pro hac vice* or to pay any filing fees – including this Court in *Lui v. Holder*, 2:11-cv-01267 (C.D. Cal. 2011).[1]

---

[1] *See also* Civil Dockets for *Torres-Barragan v. Holder*, No. 10-55768 (9th Cir.); *Golinski v. U.S. Office of Pers. Mgmt.*, Nos. 12-15388 & 12-15409 (9th Cir.); *Massachusetts v. U.S. Dep't of HHS*, Nos. 10-2204, 10-2207, & 10-2214 (1st Cir.); *Revelis v. Napolitano*, No. 1:11-cv-01991 (N.D. Ill.); *Cozen O'Connor v. Tobits*, No. 2:11-cv-00045 (E.D. Pa.); *Bishop v. United States*, No. 4:04-cv-00848 (N.D. Okla.); *Dragovich v. U.S. Dep't of the Treasury*, No. 4:10-cv-01564 (N.D. Cal.); *Golinski v. U.S. Office of Pers. Mgmt.*, No. 3:10-cv-00257 (N.D. Cal.); *Windsor v. United States*, No. 1:10-cv-08435 (S.D.N.Y.); *Pedersen v. U.S. Office of Pers. Mgmt.*, No. 3:10-cv-01750 (D. Conn.).

## II. The Mecham Memo Exempts Bancroft Attorneys from Paying *Pro Hac Vice* Fees.

The Mecham Memo provides, in pertinent part, that, "[i] keeping with the spirit of Judicial Conference policy . . . *pro hac vice* fees should not be charged to federal government attorneys." Mecham Memo at 1. The provisions of the Mecham Memo are reflected in the Notice itself. *See* Notice at 1 (no filing fee required of "[o]ut-of-state federal government attorneys who are not employed by the U.S. Department of Justice").

In this case, the Bancroft attorneys plainly are acting as "federal government attorneys." Not only have they been retained by the House General Counsel, and not only are they representing the House (part of the Article I branch of the federal government) in the litigation, but here they are doing the job that constitutionally is assigned to – but in this case abandoned by – the Executive Branch. *See* House Intervention Memo at 3-6.

For this additional reason, the Court should cancel the Notice to the extent it requires the Bancroft attorneys to pay filing fees.

## III. Alternatively, This Court Should Waive the *Pro Hac Vice* Application and Fee Requirements.

Finally, and in the alternative, this Court can and should waive the application in this case of Local Rule 83-2.3 (and the associated filing fees) as to the Bancroft attorneys. Such a waiver would be in the "spirit of Judicial

6

Conference policy," Mecham Memo at 1, which presumably refers to the promotion of comity between the various branches of the federal government. Furthermore, such a waiver would be appropriate in light of the fact, as noted above, that the Bancroft attorneys, are doing the job in this case that is constitutionally assigned to the Executive Branch. *See supra* p. 6.

## CONCLUSION

For all the foregoing reasons, the House's motion should be granted.

Respectfully submitted,

*/s/ Kerry W. Kircher*
Kerry W. Kircher, General Counsel

Office of the General Counsel
U.S. House of Representatives

*Counsel for Proposed Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

April 13, 2012

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2012, I served one copy of the foregoing Notice of Motion and Unopposed Motion of Proposed Intervenor for Cancellation of *Pro Hac Vice* Notice or Waiver of Local Rule 83-2.3, by CM/ECF on all registered parties.

                                              */s/ Kerry W. Kircher*
                                              Kerry W. Kircher