# Exhibit C

HOME    ABOUT    NEWS    BLOG    CONTACT

0 tweets
Share   tweet

## NEWS

- Press Releases
- Speaker Alert
- Op-Eds
- Blog
- All News
- Reports

**JOIN THE TEAM.**
**SIGN UP FOR EMAIL UPDATES:**

FIRST NAME

LAST NAME

EMAIL ADDRESS 

## PRESS RELEASE

### Boehner Taps Kerry Kircher to Serve as House General Counsel for 112th Congress

**Washington (Jan 3, 2011)** House Speaker-designate John Boehner (R-OH) today announced he has named Kerry Kircher to serve as General Counsel for he U.S. House of Representatives for the 112th Congress.

Kircher, a native of Iowa and 1981 graduate of Michigan Law School, has served as Deputy General Counsel for the House since 1996. He first joined the Office of the General Counsel in 1995.

"*I'm very pleased Kerry has agreed to serve the People's House in this important post. He has been a stalwart defender of the prerogatives and precedents of the House, and there is no individual I know who is more ready or more qualified for the job. I'm grateful for his willingness to serve,*" said Boehner. "*The institution and the Members who serve it deserve continuity and professionalism in the offices that serve the House. As is the case with all of the individuals who have agreed to serve in these key posts, Kerry more than fulfills those needs.*"

The role of the House General Counsel is to represent and advise, on a non-partisan basis, House Members, Committees, officers, employees and offices on matters arising from performance of their official duties.



Print version of this document

| About | News | GOP Resources | Social | Contact |
|---|---|---|---|---|
| Biography | Press Releases | House Majority Leader | Twitter | H-232 The Capitol |
| Ohio's 8th District | Op-Eds | House Majority Whip | Facebook | Washington, DC 20515 |
| | Speaker Alerts | House GOP Conference | YouTube | P (202) 225-0600 |
| | Blog | House GOP Policy | Flickr | F (202) 225-5117 |
| | All News | Committee | | |
| | Reports | The Republican Cloakroom | | Send a Message |
| | RSS | 2011 Legislative Calendar | | |