**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:12-cv-00887-CBM (AJWx)<br><br>**[PROPOSED] ORDER** |

UPON CONSIDERATION OF the Unopposed Motion of Proposed Intervenor for Cancellation of *Pro Hac Vice* Notice or Waiver of Local Rule 83-2.3 ("Motion"), and the entire record herein, it is by the Court on this ___ day of _____ 2012, ORDERED

That the Motion is GRANTED for all the reasons stated in the Memorandum of Points and Authorities filed in support of the Motion.  It is FURTHER ORDERED

That the Notice of *Pro Hac Vice* Application and Filing Fee Due (Apr. 4, 2012) (ECF No. 18) be and hereby is CANCELLED.

_____
CONSUELO B. MARSHALL
U.S. DISTRICT JUDGE