# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | April 17, 2012 |
|---|---|---|---|
| Title | Tracy Cooper-Harris, et al vs United States of America, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the Unopposed Motion of The Bipartisan Legal Advisory Group of The U.S. House of Representatives for Leave to Intervene (#17) is hereby continued to May 14, 2012 at 10:00 a.m.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | JL |