UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM | Date | May 7, 2012 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs USA, et al | | |

Present: The Honorable  CONSUELO B. MARSHALL

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the Unopposed Motion of The Bipartisan Legal Advisory Group of The U. S. House of Representatives for Leave to Intervene (#17) and the Motion of Bipartisan Legal Advisory Group of the U. S. House of Representatives for an Order Granting Cancellation of Pro Hac Vice Notice or Waiver of Local Rule 83-2.3 (#29) are continued to May 15, 2012 at 10:00 a.m.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM | Date | May 7, 2012 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs USA, et al | | |