UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | May 10, 2012 |
|---|---|---|---|
| Title | Tracy Cooper-Harris, et al vs USA, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:** IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the following Motions are **submitted** without oral argument:
(1) Unopposed Motion of The Bipartisan Legal Advisory Group of The U. S. House of Representatives for Leave to Intervene (#17); and, (2) Motion of Bipartisan Legal Advisory Group of the U. S. House of Representatives for an Order Granting Cancellation of Pro Hac Vice Notice or Waiver of Local Rule 83-2.3 (#29).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | May 10, 2012 |
|---|---|---|---|
| Title | Tracy Cooper-Harris, et al vs USA, et al | | |