Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Conor B. Dugan (DC Bar 1006458)
cdugan@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C.  20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Kirsten W. Konar, Assistant Counsel (DC Bar 979176)
Kirsten.Konar@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Proposed Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:12-cv-00887-CBM (AJWx)<br><br>PROPOSED INTERVENOR'S NOTICE OF SUPPLEMENTAL AUTHORITY |

Proposed Intervenor the Bipartisan Legal Advisory Group of the U.S. House of Representatives (the "House") respectfully submits this Notice of Supplemental Authority in order to bring to the Court's attention two recent rulings – Electronic Order, *McLaughlin v. Panetta*, No. 1:11-cv-11905 (D. Mass. May 16, 2012), attached as Exhibit A; *and* Order, *Torres-Barragan v. Holder*, No. 10-55768 (9th Cir. Apr. 10, 2012) (ECF No. 56), attached as Exhibit B – which are pertinent to the Unopposed Motion of the [House] for Leave to Intervene (Apr. 2, 2012) (ECF No. 17).

1. In its Memorandum of Points and Authorities in Support of Unopposed Motion of the [House] for Leave to Intervene (Apr. 2, 2012) (ECF No. 19) ("House Mem."), the House pointed out that "[o]ver the past ten months, the House has moved to intervene in ten other cases that present the issue of . . . [the] constitutionality [of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7]. To date, all nine federal courts that have ruled on such House motions to intervene . . . have permitted House intervention." House Mem. at 7; *see also id*. at 7 n.3 (listing rulings).

2. Since April 2, 2012, the House has moved to intervene in three additional cases, which makes a total of 14 such House intervention motions. *See* Unopposed Mot. of the [House] for Leave to Intervene, *Cardona v. Shinseki*, No. 11-3083 (Vet. App. May 21, 2012); Mot. of the [House] for Leave to Intervene, *Blesch v. Holder*, No. 1:12-cv-01578 (E.D.N.Y. May 15, 2012) (ECF No. 9); Mot. of the [House] for Leave to Intervene, *McLaughlin v. Panetta*, No.1:11-cv-11905 (D. Mass. May 1, 2012) (ECF No. 32). The *McLaughlin* case is similar to this case in that it involves challenges to 38 U.S.C. § 101(3), (31), in addition to challenges to DOMA Section 3, and the *Cardona* case is similar to this case in that it involves challenges to 38 U.S.C. § 101(31), in addition to challenges to DOMA Section 3.

3. In addition, as noted above, since April 2, 2012, the House has been granted permission to intervene in both the *McLaughlin* and *Torres-Barragan* cases. As a result, to date, all 11 federal courts that have ruled on a House intervention motion in cases involving DOMA Section 3 and/or 38 U.S.C. § 101(3), (31), have permitted the House to intervene, and two such motions remain pending in other courts as of this time: the motions in the *Cardona* and *Blesch* cases (both of which are unopposed).

Respectfully submitted,

By: /s/ Paul D. Clement
Paul D. Clement

BANCROFT PLLC[1]

*Counsel for Proposed Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

May 21, 2012

---

[1] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory Paul D. Clement.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2012, I electronically filed the foregoing Proposed Intervenor's Notice of Supplemental Authority with the Clerk of the Court for the U.S. District Court for the Central District of California using the Court's CM/ECF system.  I further certify that all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                                */s/ Kerry W. Kircher*
                                                Kerry W. Kircher