# EXHIBIT A

STAYED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:11-cv-11905-RGS

McLaughlin, et al. v Panetta, et al  
Assigned to: Judge Richard G. Stearns  
Cause: 28:1331 Federal Question: Other Civil Rights  

Date Filed: 10/27/2011  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: U.S. Government Defendant  

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2011 | 1 | COMPLAINT against All Plaintiffs Filing fee: $ 350, receipt number 0101-3645994 (Fee Status: Filing Fee paid), filed by Shannon L. McLaughlin. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet)(McClatchey, Ian) (Entered: 10/27/2011) |
| 10/27/2011 | 2 | MOTION for Leave to Appear Pro Hac Vice for admission of Abbe David Lowell Filing fee: $ 200, receipt number 0101-3646028 by All Plaintiffs. (Attachments: # 1 Exhibit Declaration of A. D. Lowell)(McClatchey, Ian) Modified to add filers on 10/27/2011 (Anderson, Jennifer). (Entered: 10/27/2011) |
| 10/27/2011 | 3 | MOTION for Leave to Appear Pro Hac Vice for admission of Christopher Man by All Plaintiffs. (Attachments: # 1 Exhibit Declaration of C. Man)(McClatchey, Ian) Modified to add filers on 10/27/2011 (Anderson, Jennifer). (Entered: 10/27/2011) |
| 10/27/2011 | 4 | MOTION for Leave to Appear Pro Hac Vice for admission of John M. Goodman by All Plaintiffs. (Attachments: # 1 Exhibit John Goodman)(McClatchey, Ian) Modified to add filers on 10/27/2011 (Anderson, Jennifer). (Entered: 10/27/2011) |
| 10/27/2011 | 5 | MOTION for Leave to Appear Pro Hac Vice for admission of David McKean by All Plaintiffs. (Attachments: # 1 Exhibit Declaration of D. McKean)(McClatchey, Ian) Modified to add filers on 10/27/2011 (Anderson, Jennifer). (Entered: 10/27/2011) |
| 10/27/2011 |   | ELECTRONIC NOTICE of Case Assignment. Judge Joseph L. Tauro assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Robert B. Collings. (Folan, Karen) (Entered: 10/27/2011) |
| 10/27/2011 | 6 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Anderson, Jennifer) (Entered: 10/27/2011) |
| 11/03/2011 | 7 | AFFIDAVIT OF SERVICE Executed by Jacqueline Kennedy, Monika Poxon, Joan Darrah, Steve M. Hill, Casey McLauglin, Gary C. Ross, Shannon L. McLaughlin, Joshua Snyder, Stewart Bornhoft, Charlie Morgan, Daniel Henderson, Jerret |

| | | |
|---|---|---|
| 04/20/2012 | 31 | Consent MOTION to Stay *Obligations to Answer the Complaint and to Respond to Plaintiffs' Summary Judgment Motion* by Eric H. Holder, Jr., Leon E. Panetta, Eric K. Shinseki, United States of America.(Lin, Jean) (Entered: 04/20/2012) |
| 04/22/2012 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 31 Motion to Stay response to summary judgment to twenty-one(21) days after the Court of Appeals issues a decision in 10-2204 and 10-2207. (Flaherty, Elaine) (Entered: 04/23/2012) |
| 05/01/2012 | 32 | MOTION to Intervene by Bipartisan Legal Advisory Group of the U.S. House of Representatives. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Bartolomucci, H.) (Entered: 05/01/2012) |
| 05/01/2012 | 33 | MEMORANDUM in Support re 32 MOTION to Intervene filed by Bipartisan Legal Advisory Group of the U.S. House of Representatives. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Bartolomucci, H.) (Entered: 05/01/2012) |
| 05/09/2012 | 34 | Opposition re 32 MOTION to Intervene filed by Shannon L. McLaughlin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(McClatchey, Ian) (Entered: 05/09/2012) |
| 05/09/2012 | 35 | MOTION for Leave to File Excess Pages *for Opposition to Motion to Intervene* by Shannon L. McLaughlin. (Attachments: # 1 Memorandum In Support of Motion to File Oversized Opposition, # 2 Proposed Order)(McClatchey, Ian) (Entered: 05/09/2012) |
| 05/10/2012 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 35 Motion for Leave to File Excess Pages ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Flaherty, Elaine) (Entered: 05/10/2012) |
| 05/10/2012 | 36 | Opposition re 32 MOTION to Intervene filed by Shannon L. McLaughlin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(McClatchey, Ian) (Entered: 05/10/2012) |
| 05/15/2012 | 37 | RESPONSE to Motion re 32 MOTION to Intervene filed by Eric H. Holder, Jr., Leon E. Panetta, Eric K. Shinseki, United States of America. (Attachments: # 1 Text of Proposed Order)(Lin, Jean) (Entered: 05/15/2012) |
| 05/15/2012 | 38 | MOTION for Leave to File *Consolidated Reply Memorandum in Support of Motion to Intervene* by Bipartisan Legal Advisory Group of the U.S. House of Representatives. (Attachments: # 1 Text of Proposed Order)(Bartolomucci, H.) (Entered: 05/15/2012) |
| 05/15/2012 | 39 | MEMORANDUM in Support re 38 MOTION for Leave to File *Consolidated Reply Memorandum in Support of Motion to Intervene* filed by Bipartisan Legal Advisory Group of the U.S. House of Representatives. (Bartolomucci, H.) (Entered: 05/15/2012) |
| 05/16/2012 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 32 Motion to Intervene "ALLOWED, every court of appeals that has addressed the issue has found standing. "Finding as Moot 38 Motion for Leave to File Document. (Flaherty, Elaine) Modified text on 5/17/2012 (Seelye, Terri). (Entered: 05/16/2012) |