# EXHIBIT B

Case 2:12-cv-00887-CBM-AJW   Document 37-2   Filed 05/21/12   Page 1 of 3   Page ID #:303

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS FRANCISCO TORRES-BARRAGAN; et al.,<br><br>            Plaintiffs - Appellants,<br><br>   v.<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>            Intervenor,<br><br>and<br><br>ERIC H. HOLDER, Jr., Attorney General, Department of Justice; et al.,<br><br>            Defendants - Appellees. | No. 10-55768<br><br>D.C. No. 2:09-cv-08564-RGK<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: PREGERSON, CANBY, and FISHER, Circuit Judges.

The unopposed motion of the Bipartisan Legal Advisory Group of the United States House of Representatives to intervene on behalf of appellees is granted.

The motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

AT/MOATT

All other pending motions are denied as moot.

**DISMISSED.**