UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0887 CBM (AJWx) | Date | May 22, 2012 |
|---|---|---|---|
| Title | *Cooper-Harris, et al. v. United States of America, et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS/OFF THE RECORD
**ORDER GRANTING BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES' LEAVE TO INTERVENE AND WAIVER OF LOCAL RULE 83-2.3 AS TO BANCROFT PLLC**

The matters before the Court are Bipartisan Legal Advisory Group of the U.S. House of Representatives' (hereinafter, "BLAG") Unopposed Motion for Leave to Intervene [Docket No. 17] and Unopposed Motion for Cancellation of *Pro Hac Vice* Notice or Waiver of Local Rule 83-2.3 [Docket No. 29]. BLAG's Unopposed Motion for Leave to Intervene and Unopposed Motion for Waiver of Local Rule 83-2.3 are hereby GRANTED.

IT IS HEREBY ORDERED that BLAG is permitted to intervene to defend the constitutionality of Section 3 of the Defense of Marriage Act (1 U.S.C. § 7) and 38 U.S.C. § 101(3), (13). The Court further waives the *Pro Hac Vice* application and filing fee required under Local Rule 83-2.3 as to Paul D. Clement, Esq., H. Christopher Bartolomucci, Esq., Conor B. Dugan Esq., and Nicholas J. Nelson, Esq. of the law firm of Bancroft PLLC. [*See* Docket No. 18.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0887 CBM (AJWx) | Date | May 22, 2012 |
|---|---|---|---|
| Title | *Cooper-Harris, et al. v. United States of America, et al.* | | |

**IT IS SO ORDERED**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JL | | |