Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Conor B. Dugan (DC Bar 1006458)
cdugan@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Kirsten W. Konar, Assistant Counsel (DC Bar 979176)
Kirsten.Konar@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

INTERVENOR-DEF. MOT. TO STAY
Case No. CV 12-877 CBM (AJWx)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 2:12-cv-00887-CBM (AJWx) <br><br> **NOTICE OF MOTION AND MOTION OF INTERVENOR-DEFENDANT TO STAY PROCEEDINGS** <br><br> Hearing: July 2, 2012 <br> Time: 11:00 a.m. <br> Hon. Consuelo B. Marshall |

PLEASE TAKE NOTICE that Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") will move this Court on Monday, July 2, 2012, at 11:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Western Division, Courtroom 2, 312 North Spring Street, Los Angeles, California 90012, for an order granting the House's Motion to Stay Proceedings.

**MOTION TO STAY PROCEEDINGS**

Pursuant to the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, the House respectfully moves for entry of an order staying all proceedings in this case pending the ruling of the United States Court of Appeals for the Ninth Circuit in *Golinksi v. U.S. Office of Personnel Management*, Nos. 12-15388 & 12-15079, including any ruling by that Court on any timely-filed petition for rehearing or petition for rehearing en banc.

This motion is being filed in accordance with the Court's Scheduling Order (Apr. 5, 2012) (ECF No. 27) ("The House will file any motion to stay proceedings

by the later of April 30, 2012, or seven (7) calendar days after the Court grants the House's motion to intervene."). The Court granted the House's motion to intervene on May 22, 2012. *See* In Chambers Order (May 22, 2012) (ECF No. 38).

## LOCAL RULE 7-3 STATEMENT

On May 25, 2012, counsel for the House conferred with Matthew D. Benedetto, Esq., counsel for plaintiffs, who advised that his clients oppose the relief requested in this motion.

On May 25, 2012, counsel for the House conferred with Jean Lin, Senior Trial Attorney with the Department of Justice, who informed us that defendants United States of America, Attorney General Eric H. Holder, Jr., and Secretary of Veterans Affairs Eric K. Shinseki, do not oppose the relief requested in this motion.

A proposed Order is submitted herewith and oral argument is not requested.

Respectfully submitted,

By: */s/ Paul D. Clement*
Paul D. Clement

BANCROFT PLLC[1]

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

May 29, 2012

---

[1] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory Paul D. Clement.

[2] The Bipartisan Legal Advisory Group currently is comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and the Democratic Whip declined to support the House's motion to intervene in this case.

# CERTIFICATE OF SERVICE

I certify that on May 29, 2012, I electronically filed the foregoing Notice of Motion and Motion of Intervenor-Defendant to Stay Proceedings with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Christine P. Sun, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org

Daniel S. Noble, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York City, New York  10022
daniel.noble@wilmerhale.com

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California  94304
eugene.marder@wilmerhale.com

1  Randall R. Lee, Esquire
2  Matthew D. Benedetto, Esquire
   WILMER CUTLER PICKERING HALE & DORR LLP
3  350 South Grand Avenue Suite 2100
4  Los Angeles, California  90071
   randall.lee@wilmerhale.com
5  matthew.benedetto@wilmerhale.com

6
7  Jean Lin, Trial Attorney
   U.S. DEPARTMENT OF JUSTICE
8  Civil Division - Federal Programs Branch
   20 Massachusetts Avenue, Northwest
9  Washington, District of Columbia  20530
   jean.lin@usdoj.gov
10

11
                                    */s/ Mary Beth Walker*
12                                   Mary Beth Walker