UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 2:12-cv-00887-CBM (AJWx) <br><br> **[PROPOSED] ORDER** |

UPON CONSIDERATION OF the Motion of Intervenor-Defendant to Stay Proceedings ("Motion"), the opposition, if any, and the entire record herein, it is by this Court this ____ day of _____, 2012, hereby ORDERED

That the Motion is GRANTED.  IT IS FURTHER ORDERED

That this case is stayed STAYED pending the ruling of the United States Court of Appeals for the Ninth Circuit in *Golinksi v. U.S. Office of Personnel Management*, Nos. 12-15388 & 12-15409, including any ruling by that Court on any timely-filed petition for rehearing or petition for rehearing en banc.

_____
Honorable Consuelo B. Marshall
United States District Judge