# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV12-887 CBM(AJWx) | Date | June 13, 2012 |
| Title | Tracey Cooper-Harris, et al vs USA, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:** IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the Motion of Intervenor-Defendant The Bipartisan Legal Advisory Group of the U. S. House of Representatives to Stay Proceedings [39] is hereby continued to July 23, 2012 at 10:00 a.m. Opposition Brief shall be filed on or before June 18, 2012, Reply Brief, if any, shall be filed on or before June 25, 2012.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |