1  JOSEPH J. LEVIN, JR. (*Pro Hac Vice*)
   joe.levin@splcenter.org
2  CHRISTINE P. SUN (SBN 218701)
   christine.sun@splcenter.org
3  CAREN E. SHORT (*Pro Hac Vice*)
   caren.short@splcenter.org
4  SOUTHERN POVERTY LAW CENTER
   400 Washington Avenue
5  Montgomery, AL 36104
   Telephone: (334) 956-8200
6  Facsimile: (334) 956-8481

7  (*Caption Continued on Next Page*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs, <br><br> Defendants. | Case No. CV12-887 CBM (AJWx) <br><br> **DECLARATION OF TRACEY COOPER-HARRIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO INTERVENOR DEFENDANT'S MOTION TO STAY** <br><br> Hearing Date: July 23, 2012 <br> Time: 10:00 a.m. <br> Judge: Hon. Consuelo B. Marshall <br><br> **ORAL ARGUMENT REQUESTED** |

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

RANDALL R. LEE (SBN 152672)
randall.lee@wilmerhale.com
MATTHEW BENEDETTO (SBN 252379)
matthew.benedetto@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

ADAM P. ROMERO (*Pro Hac Vice*)
adam.romero@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

EUGENE MARDER (SBN 275762)
eugene.marder@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiffs
TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS

DECLARATION OF TRACEY COOPER-HARRIS
CASE NO. CV 12-887 CBM (AJWx)

**DECLARATION OF TRACEY COOPER-HARRIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO INTERVENOR-DEFENDANT'S MOTION TO STAY**

I, Tracey Cooper-Harris, declare:

1. I am a plaintiff in the above-captioned action seeking recognition by the United States government and the Department of Veterans Affairs ("VA") of my lawful marriage to Maggie Cooper-Harris so that we may receive the same benefits afforded to other married veterans and their spouses.

2. I am over the age of eighteen. I have personal knowledge of the facts stated herein and am competent to testify as to the matters set forth in this declaration.

3. I am married to Plaintiff Maggie Cooper-Harris pursuant to a marriage license duly issued by the State of California. We married in Van Nuys, California on November 1, 2008. The state of California provides us with the same status, responsibilities, and protections as other legally married couples under state law. Currently, we live together in Pasadena, California.

4. I served honorably in the United States Army for approximately twelve years, including nine in active duty, reaching the rank of Sergeant. During my service, my military occupational specialty was Animal Care Specialist, focusing on the care and maintenance of military working animals. I was stationed in Kyrgyzstan during Operation Enduring Freedom and at Camp Doha in Kuwait during Operation Iraqi Freedom.

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

5. Over the course of my military career, including my service in Operations Enduring Freedom and Iraqi Freedom, I was awarded, among other honors, three Army Commendation Medals; the Air Force Commendation Medal; five Army Achievement Medals; two Army Good Conduct Medals; the Armed Forces Reserve Medal with Mobilization Device; two National Defense Service Medals; an Iraq Campaign Medal with two Bronze Service Stars; the Global War on Terrorism Expeditionary Medal; the Global War on Terrorism Service Medal; two Overseas Service Ribbons; and the Joint Meritorious Unit Award.

6. In June 2003, I was honorably discharged from the United States Army.

7. After leaving the Army, I returned to California. Like many soldiers returning from war, I experienced a difficult transition back to civilian life. I was homeless for a period of time, and struggled to find gainful employment. I began receiving treatment at my local VA hospital for post-traumatic stress disorder ("PTSD"), which continues to this day. The VA has determined that my PTSD was service-connected.

8. Due to my PTSD, I often avoid social situations. A couple of times each month, I wake up in a cold sweat, disoriented and panicked and it is hard to get back to sleep. I also have strong feelings of guilt for not staying in the Army and for being deployed so early in the war when many of the current dangers did not yet exist.

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

9. After I returned to California in May 2003, I joined Maggie's rugby club team. I found a support system in the rugby team, and Maggie and her roommates at the time offered me a place to stay while I looked for an apartment during my transition back to civilian life.

10. Maggie and I became close friends and, in the fall of 2005, we started dating. A year later, I moved in with Maggie.

11. Maggie and I were married in Van Nuys, California on November 1, 2008 before many of our family and friends. For our family and friends who could not attend, we posted the ceremony online. Neither of us has been previously married.

12. Maggie and I decided to get married because we love each other. I cannot imagine my life without her.

13. In December 2009, I started experiencing symptoms of multiple sclerosis and was officially diagnosed with the disease in July 2010. In 2011, the VA determined that my multiple sclerosis is service-connected.

14. As a result of having multiple sclerosis, I currently experience problems with my vision in my left eye when I become overheated, usually during physical activity. I also feel short, sharp electrical charges in different parts of my body and tingling in my extremities. I also lose my balance if I move too quickly and become fatigued easily.

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

15. Although I am in the early stages of the multiple sclerosis and am taking medication to slow its progression, it is my understanding that my balance may eventually be affected to the point of needing a wheelchair to move around. Neurologically, I may have limited vision or vision loss in one or both eyes. I may lose my involuntary reflexes, neuromuscular function, and coordination, making it hard for me to take care of myself on a daily basis. It can become harder for me to speak or communicate with others, and I may develop problems with my memory or my temper.

16. As my spouse, Maggie has been my constant supporter, sacrificing her time and physical and emotional energy to help me cope with my PTSD and multiple sclerosis. Maggie helps me through my PTSD by staying by my side when I experience symptoms. She often misses work to stay with me on bad days. When I miss a social outing, she misses it too. When I wake up in the middle of the night, she wakes up too. She has never looked down on me for my feelings, my fears, or what I have put her through. She truly gives me unconditional love.

17. As to multiple sclerosis, the disease affects each person differently, and one of the most difficult aspects is staying positive about coping with the disease. I am currently doing my best, with Maggie's help, to stay as healthy as possible and to maintain a positive attitude about my diagnosis. She helps me identify new

4

symptoms that I experience. She has committed her life to me and is willing to take care of me as my disease progresses. Maggie helps me by staying positive when I am discouraged.

18. Maggie also takes me to almost all of my medical appointments, even if she has to take time off of work. I see a counselor weekly for my PTSD. I see a psychiatrist quarterly who evaluates the best course of medications for my PTSD that will not interfere with my MS medication, work, or school. I get a weekly injection to slow the progression of my multiple sclerosis, and I see my neurologist at the VA every quarter.

19. Since I returned from the Iraq war, I've had a difficult time finding stable, full-time employment. I was fortunate this past March to get a job at my local VA hospital helping veterans obtain gainful employment. I earn approximately $2020 per month post-tax.

20. In addition to making efforts to obtain gainful employment, I have worked to resume my college studies.

21. In December 2010, I received a Bachelor of Science in Kinesiology from California State University at Northridge.

22. In January 2012, I was accepted into the Master of Public Administration (MPA) program at Clemson University, which I attend via online courses.

23. Maggie and I pay out-of-pocket approximately $1032 per month in tuition for this MPA program (not including books and equipment.)

24. I also have student loans to repay from previous college studies at Clemson University and California State University at Northridge. I currently have $27,335 in student loan debt. We pay approximately $260 per month in student loan payments.

25. For several years, Maggie and I used credit cards to cover the cost of living. We currently have $14,192 in credit card debt that we are making efforts to pay off. We try to pay $100 above the minimum payment each month for each credit card, which amounts approximately to $450 per month.

26. Maggie and I have the following expenses each month: $1300 for rent; $173 for utilities (gas, electric, phone, and internet); $800 for groceries and food; $400 for gasoline; $250 for car maintenance; $200 in insurance (life, automobile, and renters'); $150 for mobile phones; $100 for pet care; $100 in union dues; and $66 for storage.

27. Our total monthly expenses, including tuition (*supra* ¶ 23), student loans (*supra* ¶ 24), credit card payments (*supra* ¶ 25), rent, utilities, food, gasoline, and other miscellaneous expenses (*supra* ¶ 26), amount approximately to $5281.

28. In terms of income, I receive monthly disability compensation from the VA for the medical conditions that the VA has determined to be service-connected and

for which I receive treatment, including multiple sclerosis and PTSD. I receive $1478 per month in disability compensation from the VA.

29. In conjunction with the income that Maggie earns, our monthly income, including the disability compensation I currently receive from the VA, is approximately $5428.

30. Our household's monthly expenses (approximately $5281, *supra* ¶ 27), exhaust nearly all of our monthly income. Accordingly, the additional benefits to which we are entitled, but whose provision to us is prohibited by DOMA and Title 38, would have a substantial and positive impact on our lives.

31. For instance, Maggie and I are currently unable to afford the diet that my doctor recommends to help manage the progression of my multiple sclerosis.

32. In addition, we are not able to save any money each month for the healthcare expenses that we will inevitably have to incur in connection with the progression of my disease, such as the employment of an in-home healthcare provider.

33. Any additional disability compensation from the VA that results from the recognition of our lawful marriage will be dedicated to these health-related expenses.

34. On April 19, 2011, I filed VA Form 21-686c, Declaration of Status of Dependents, indicating my desire to add Maggie as my spouse for purposes of

7

receiving additional dependency compensation that the VA provides to married disabled veterans. My claim was denied on May 2, 2011 and, after timely appealing, again on August 8, 2011. On March 19, 2012, I filed VA Form 9, appealing the denial of my claim to the Board of Veterans' Appeals ("BVA") and requesting a stay of all proceedings in my appeal to the BVA until the constitutionality of Sections 101(3) and 101(31) of Title 38 and Section 3 of DOMA has been determined in a final judgment by the U.S. federal courts.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and was executed on June 17, 2012, at Pasadena, California.

By:

*Tracey Cooper-Harris*
Tracey Cooper-Harris