JOSEPH J. LEVIN, JR. (*Pro Hac Vice*)
joe.levin@splcenter.org
CHRISTINE P. SUN (SBN 218701)
christine.sun@splcenter.org
CAREN E. SHORT (*Pro Hac Vice*)
caren.short@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481

(*Caption Continued on Next Page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs, <br><br> Defendants. | Case No. CV12-887 CBM (AJWx) <br><br> **DECLARATION OF MAGGIE COOPER-HARRIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO INTERVENOR DEFENDANT'S MOTION TO STAY** <br><br> Hearing Date: July 23, 2012 <br> Time: 10:00 a.m. <br> Judge: Hon. Consuelo B. Marshall <br><br> **ORAL ARGUMENT REQUESTED** |

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071

1  RANDALL R. LEE (SBN 152672)
   randall.lee@wilmerhale.com
2  MATTHEW BENEDETTO (SBN 252379)
   matthew.benedetto@wilmerhale.com
3  WILMER CUTLER PICKERING HALE AND DORR LLP
   350 South Grand Avenue, Suite 2100
4  Los Angeles, CA 90071
   Telephone: (213) 443-5300
5  Facsimile: (213) 443-5400

6  ADAM P. ROMERO (*Pro Hac Vice*)
   adam.romero@wilmerhale.com
7  WILMER CUTLER PICKERING HALE AND DORR LLP
   399 Park Avenue
8  New York, NY 10022
   Telephone: (212) 230-8800
9  Facsimile: (212) 230-8888

10 EUGENE MARDER (SBN 275762)
   eugene.marder@wilmerhale.com
11 WILMER CUTLER PICKERING HALE AND DORR LLP
   950 Page Mill Road
12 Palo Alto, California 94304
   Telephone: (650) 858-6000
13 Facsimile: (650) 858-6100

14 Attorneys for Plaintiffs
   TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS

15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MAGGIE COOPER-HARRIS
CASE NO. CV 12-887 CBM (AJWx)

**DECLARATION OF MAGGIE COOPER-HARRIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO INTERVENOR-DEFENDANT'S MOTION TO STAY**

I, Maggie Cooper-Harris, declare:

1. I am a plaintiff in the above-captioned action seeking recognition by the Department of Veterans Affairs (VA) of my lawful marriage to Tracey Cooper-Harris, a disabled and decorated United States Army veteran, so that we may receive the same benefits afforded to married veterans and their spouses.

2. I am over the age of eighteen. I have personal knowledge of the facts stated herein and am competent to testify as to the matters set forth in this declaration.

3. I am married to Plaintiff Tracey Cooper-Harris, pursuant to a marriage license duly issued by the State of California. We reside together in Pasadena, California.

4. I received a Bachelor of Arts in Cognitive Science from Occidental College in Los Angeles, California in 1999. Until 2009, I was employed as a teacher.

5. When I left teaching, I became a transportation electrician's apprentice with the International Brotherhood of Electrical Workers. Due to inconsistency in the availability of work, I rarely work forty hours per week. For example, in April and May of this year, I did not receive any hours of work and had to collect unemployment. Not including those two months, on average, I receive $470 per week, or approximately $1,880 per month.

6. I also earn approximately $50 per month as a math and reading tutor.

7. In conjunction with the income that Tracey earns and the disability compensation that she receives monthly from the VA, our monthly income is approximately $5428.

8. Our total monthly expenses, including Tracey's current tuition, student loans, credit card payments, rent, utilities, food, gasoline, and other miscellaneous expenses, amount approximately to $5281.

9. Our household's monthly expenses exhaust nearly all of our monthly income. Accordingly, the additional benefits to which we are entitled, but whose provision to us is prohibited by DOMA and Title 38, would have a substantial and positive impact on our lives.

10. As Tracey's spouse, I am involved in all aspects of her care for both post-traumatic stress disorder (PTSD) and multiple sclerosis. I take time off of work to attend her doctor's appointments and counseling sessions. Specifically, I attend Tracey's weekly counseling appointments and approximately half of her eight quarterly appointments. Because I do not receive any paid vacation or sick days, I am not paid for the time I take to attend Tracey's appointments. Therefore, I am less likely to take time off work for my personal appointments

or when I am sick. I also will take time off if Tracey is having a particularly bad day.

11. Tracey's PTSD affects my daily life because Tracey has heightened emotional responses to stressful situations and it is difficult for her to return to a calm state. Tracey and I avoid social situations where there will be large numbers of people or loud noises. Tracey has days when she is very withdrawn, and I often must cancel plans we have made with friends. Tracey gets aggravated and hyper-vigilant while driving, so wherever possible, I will drive her where she needs to go. I also do most of our day-to-day driving. Tracey's sleep is often interrupted by insomnia and nightmares; this necessarily affects my sleep as well.

12. I actively participate in Tracey's treatment for multiple sclerosis. During the several months between Tracey's initial symptoms and her eventual diagnosis, I attended Tracey's appointments to ask questions, take notes, and helping Tracey cope with her diagnosis. Tracey and I are constantly monitoring her physical health for potential symptoms that the multiple sclerosis is progressing.

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct and was executed on June 17,
3  2012, at Pasadena, California.

By: *[signature]*
Maggie Cooper-Harris

4
DECLARATION OF MAGGIE COOPER-HARRIS
CASE NO. CV 12-887 CBM (AJWx)

350 South Grand Avenue, Suite 2100
Los Angeles, California 90071