# Exhibit A

Case 2:12-cv-00887-CBM-AJW   Document 43-1   Filed 06/25/12   Page 1 of 3   Page ID #:378

STAYED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:11-cv-11905-RGS

| | |
|---|---|
| McLaughlin, et al. v Panetta, et al | Date Filed: 10/27/2011 |
| Assigned to: Judge Richard G. Stearns | Jury Demand: None |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**MAJ Shannon L. McLaughlin**  represented by  **Abbe David Lowell**
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
202-974-5605
Fax: 202-974-6705
Email: adlowell@chadbourne.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Man**
Chadbourne & Parke LLP
1200 New Hampshire Ave, N.W.
Washington, DC 20036
202-974-5600
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David McKean**
Servicemembers Legal Defense Network
P.O. Box 65301
Washington, DC 20035
202-621-5401
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ian M. McClatchey**
Chadbourne & Parke
30 Rockefeller Plaza
New York, NY 10112

| | | |
|---|---|---|
| 05/15/2012 | 39 | MEMORANDUM in Support re 38 MOTION for Leave to File *Consolidated Reply Memorandum in Support of Motion to Intervene* filed by Bipartisan Legal Advisory Group of the U.S. House of Representatives. (Bartolomucci, H.) (Entered: 05/15/2012) |
| 05/16/2012 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 32 Motion to Intervene "ALLOWED, every court of appeals that has addressed the issue has found standing. "Finding as Moot 38 Motion for Leave to File Document. (Flaherty, Elaine) Modified text on 5/17/2012 (Seelye, Terri). (Entered: 05/16/2012) |
| 06/05/2012 | 40 | MOTION to Stay *or, in the Alternative, for An Extension of Time, (with partial consent)* by Eric H. Holder, Jr., Leon E. Panetta, Eric K. Shinseki, United States of America.(Lin, Jean) (Entered: 06/05/2012) |
| 06/06/2012 | 41 | RESPONSE to Motion re 40 MOTION to Stay *or, in the Alternative, for An Extension of Time, (with partial consent)* filed by Shannon L. McLaughlin. (McClatchey, Ian) (Entered: 06/06/2012) |
| 06/06/2012 | | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 40 Motion to Stay. This case will be stayed until thirty (30) days after the First Circuit issues its mandate in Massachusetts v. U.S. Dept. of Health and Human Services, 2012 WL 1948017 (1st Cir. 2012). (RGS, law3) (Entered: 06/06/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/25/2012 13:19:12 | | | |
| **PACER Login:** | us4462 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:11-cv-11905-RGS |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |