Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Conor B. Dugan (DC Bar 1006458)
cdugan@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>Defendants. | No. 2:12-cv-00887-CBM (AJWx) <br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

The Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") respectfully advises this Court of three recent Supreme Court filings that are relevant to the House's Motion . . . to Stay Proceedings (May 29, 2012) (ECF No. 39).

First, as it said it would in its Reply in Support of Motion . . . to Stay Proceedings at 4 (June 25, 2012) (ECF No. 43), the House on June 29, 2012, filed its Petition for a Writ of Certiorari in *Massachusetts v. U.S. Dep't of Health & Human Services*, Nos. 10-2204, 10-2207 & 10-2214 (1st Cir.). *See* Pet. for a Writ of Cert., *Bipartisan Legal Advisory Grp. of the U.S. House of Representatives. v. Gill*, No. 12-13 (S. Ct. June 29, 2012), attached as Exhibit A (without Appendix).

Second, the Department of Justice subsequently filed its own Petition for a Writ of Certiorari in *Massachusetts*. *See* Pet. for a Writ of Cert., *U.S. Dep't of Health & Human Servs. v. Massachusetts*, No. 12-15 (S. Ct. July 3, 2012), attached as Exhibit B (without Appendix).

Finally, the Department also filed a Petition for a Writ of Certiorari in *Office of Personnel Management v. Golinski*, Nos. 12-15388, 12-15409 (9th Cir.),

seeking prejudgment review of that case by the Supreme Court.  *See* Pet. for a Writ of Cert. Before J., *Office of Pers. Mgmt. v. Golinski*, No. 12-16 (S. Ct. July 3, 2012), attached as Exhibit C (without Appendix).

Respectfully submitted,

By: /s/ Paul D. Clement
Paul D. Clement

BANCROFT PLLC[1]

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

July 6, 2012

---

[1] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory Paul D. Clement.

**CERTIFICATE OF SERVICE**

I certify that on July 6, 2012, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Christine P. Sun, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org

Adam P. Romero, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York City, New York  10022
adam.romero@wilmerhale.com

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California  94304
eugene.marder@wilmerhale.com

Randall R. Lee, Esquire
Matthew D. Benedetto, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue Suite 2100
Los Angeles, California  90071
randall.lee@wilmerhale.com
matthew.benedetto@wilmerhale.com

Jean Lin, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia  20530
jean.lin@usdoj.gov

                                    */s/ Mary Beth Walker*
                                    Mary Beth Walker