UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | July 19, 2012 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |

Present: The Honorable   CONSUELO B. MARSHALL

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| n/a | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD:
Motion of Intervenor-Defendant The Bipartisan Legal Advisory Group of the U. S. House of Representatives to Stay Proceedings (#39)

On the Court's own motion, the Motion of Intervenor-Defendant The Bipartisan Legal Advisory Group of the U. S. House of Representatives to Stay Proceedings (#39) is hereby **submitted** without oral arguments as of July 23, 2012.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | JL |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | July 19, 2012 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |