1  Paul D. Clement (DC Bar 433215)
2  pclement@bancroftpllc.com
   H. Christopher Bartolomucci (DC Bar 453423)
3  cbartolomucci@bancroftpllc.com
4  Nicholas J. Nelson (DC Bar 1001696)
   nnelson@bancroftpllc.com
5  Michael H. McGinley (DC Bar 1006943)
6  mmcginley@bancroftpllc.com

7  BANCROFT PLLC
   1919 M Street, N.W.
8  Suite 470
9  Washington, D.C.  20036
10 202-234-0090 (telephone)
   202-234-2806 (facsimile)
11
12 *Of Counsel:*
   Kerry W. Kircher, General Counsel (DC Bar 386816)
13 Kerry.Kircher@mail.house.gov
14 William Pittard, Deputy General Counsel (DC Bar 482949)
   William.Pittard@mail.house.gov
15 Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
16 Christine.Davenport@mail.house.gov
   Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
17 Todd.Tatelman@mail.house.gov
18 Mary Beth Walker, Assistant Counsel (DC Bar 501033)
   MaryBeth.Walker@mail.house.gov
19 Eleni M. Roumel, Assistant Counsel (SC Bar 75763)
20 Eleni.Roumel@mail.house.gov

21 OFFICE OF GENERAL COUNSEL,
22 U.S. HOUSE OF REPRESENTATIVES
   219 Cannon House Office Building
23 Washington, D.C.  20515
24 202-225-9700 (telephone)
   202-226-1360 (facsimile)
25
26 *Counsel for Intervenor-Defendant Bipartisan*
   *Legal Advisory Group of the U.S. House of Representatives*
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx) <br><br> **MOTION TO EXCLUDE THE TESTIMONY OF DR. LAWRENCE J. KORB AND MAJ. GEN. (RET.) DENNIS LAICH** <br><br><br> Hearing: December 10, 2012 <br> Time: 10:00 a.m. <br> Hon. Consuelo B. Marshall |

PLEASE TAKE NOTICE that the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") will move this Court on December 10, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the U.S. District Court, Courtroom 2, 312 N. Spring Street, Los Angeles, California, for an order granting the House's Motion to Exclude the Testimony of Dr. Lawrence J. Korb and Maj. Gen. (Ret.) Dennis Laich, including from any dispositive motion filings and/or at trial.

**MOTION TO EXCLUDE THE TESTIMONY OF DR. LAWRENCE J. KORB AND MAJ. GEN. (RET.) DENNIS LAICH**

Pursuant to Federal Rule of Evidence 702, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") respectfully

1

moves for an order of the Court excluding the testimony of Dr. Lawrence J. Korb and Maj. Gen. (Ret.) Dennis Laich.

**LOCAL RULE 7-3 STATEMENT**

On November 5, 2012, counsel for the House conferred with Christine Sun, counsel for Plaintiffs, who informed us that Plaintiffs oppose this motion.

On November 5, 2012, counsel for the House also conferred with Jean Lin, U.S. Department of Justice, who informed us that defendants United States of America, Attorney General Eric H. Holder, Jr., and Secretary of Veterans Affairs Eric K. Shinseki, take no position with respect to this motion.

A proposed Order is submitted herewith. Oral argument is not requested.

Respectfully submitted,

By: /s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci

BANCROFT PLLC

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[1]

November 6, 2012

---

[1] The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, currently is comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and the Democratic Whip have declined to support the position taken by the Group on the merits of DOMA Section 3's constitutionality in this case.

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2012, I electronically filed the foregoing Motion to Exclude the Testimony of Dr. Lawrence J. Korb and Maj. Gen. (Ret.) Dennis Laich with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Christine P. Sun, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org

Daniel S. Noble, Esquire
Adam P. Romero,
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York City, New York  10022
daniel.noble@wilmerhale.com
adam.romero@wilmerhale.com

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California  94304
eugene.marder@wilmerhale.com

Randall R. Lee, Esquire
Matthew D. Benedetto, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue Suite 2100
Los Angeles, California  90071
randall.lee@wilmerhale.com
matthew.benedetto@wilmerhale.com

Jean Lin, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia  20530
jean.lin@usdoj.gov

                                       */s/ Mary Beth Walker*
                                       Mary Beth Walker