# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx) <br><br><br> **[PROPOSED] ORDER** |

UPON CONSIDERATION of Intervenor-Defendant's Motion to Exclude Testimony of Dr. Lawrence J. Korb and Maj. Gen. (Ret.) Dennis Laich, the opposition, if any, and the entire record herein, it is by this Court this __ day of _____, 2012, hereby ORDERED

That the Motion is GRANTED.  IT IS FURTHER ORDERED

That the testimony and reports of Dr. Korb and Gen. Laich are EXCLUDED from the record in this case, and shall not be further adduced in the record or cited to by the parties in any dispositive motion or response thereto, or used at trial.

_____
Honorable Consuelo B. Marshall
United States District Judge