Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com
Michael H. McGinley (DC Bar 1006943)
mmcginley@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C.  20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov
Eleni M. Roumel, Assistant Counsel (SC Bar 75763)
Eleni.Roumel@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant Bipartisan*
*Legal Advisory Group of the U.S. House of Representatives*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx)<br><br>**UNOPPOSED *EX PARTE* APPLICATION AND MEMORANDUM OF POINTS AND AUTHORITIES OF INTERVENOR-DEFENDANT FOR COUNSEL TO APPEAR BY TELEPHONE FOR FEBRUARY 25, 2013 HEARING ON MOTION TO DISMISS**<br><br>Hon. Consuelo B. Marshall |

Pursuant to Local Rule 7-19, Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives (the "House") respectfully requests permission for counsel to appear by telephone for the February 25, 2013 hearing on the Executive Branch Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dec. 13, 2012) (ECF No. 68) ("Motion to Dismiss"). The House is not the movant on the motion, although it did file a response in support of the Motion to Dismiss.  *See* Resp. of [House] in Supp. of [Motion to Dismiss] (Jan. 22, 2013) (ECF No. 76).

The attorneys representing the House in this case are all located in Washington, D.C.  To conserve litigation resources, the House respectfully requests permission to appear by telephone for the hearing on the Motion to Dismiss.

**COMPLIANCE WITH LOCAL RULE 7-19**

As required under Local Rule 7-19.1, the House has conferred with opposing counsel regarding this request.  Christine Sun, counsel for Plaintiffs, advised on February 15, 2013, that Plaintiffs have no objection to the House's request to appear by telephone.  On February 12, 2013, Ms. Jean Lin, of the Department of Justice, also informed us that the Executive Branch Defendants have no objection.

Opposing counsel's contact information is:

Christine P. Sun, Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
334-956-8200
christine.sun@splcenter.org

Jean Lin
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia  20530
202-514-3716
jean.lin@usdoj.gov

**CONCLUSION**

For the foregoing reasons, the Court should grant the House's Unopposed *Ex Parte* Application to Appear by Telephone.  A proposed Order is submitted herewith.

Respectfully submitted,

By:  /s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci

BANCROFT PLLC
*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[1]

February 15, 2013

---

[1]  The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, currently is comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip.  The Democratic Leader and the Democratic Whip have declined to support the position taken by the Group on the merits of DOMA Section 3's constitutionality in this case.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed the foregoing Unopposed *Ex Parte* Application and Memorandum of Points and Authorities of Intervenor-Defendant for Counsel to Appear by Telephone for February 25, 2013 Hearing on Motion to Dismiss with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Christine P. Sun, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
334-956-8200
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org

Adam P. Romero, Esquire
Daniel S. Noble, Esquire
Rubina Ali, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
New York City, New York  10007
212-295-6422
adam.romero@wilmerhale.com
daniel.noble@wilmerhale.com
rubina.ali@wilmerhale.com

1  Eugene Marder, Esquire
2  WILMER CUTLER PICKERING HALE & DORR LLP
   950 Page Mill Road
3  Palo Alto, California  94304
   650-858-6000
4  eugene.marder@wilmerhale.com
5
   Randall R. Lee, Esquire
6  Matthew D. Benedetto, Esquire
7  WILMER CUTLER PICKERING HALE & DORR LLP
   350 South Grand Avenue Suite 2100
8  Los Angeles, California  90071
9  213-443-5400
   randall.lee@wilmerhale.com
10 matthew.benedetto@wilmerhale.com
11
12 Jean Lin, Senior Trial Counsel
   U.S. DEPARTMENT OF JUSTICE
13 Civil Division - Federal Programs Branch
14 20 Massachusetts Avenue, Northwest
   Washington, District of Columbia  20530
15 202-514-3716
16 jean.lin@usdoj.gov
17
18                          */s/ Mary Beth Walker*
19                          Mary Beth Walker
20
21
22
23
24
25
26
27
28