UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | February 20, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**     IN CHAMBERS/OFF THE RECORD

Unopposed Ex Parte Application (#83) of Intervenor-Defendant the Bipartisan Legal Advisory Group of the U. S. House of Representatives for permission of counsel to appear by telephone for hearing on the motions set on February 25, 2013   is hereby granted.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | JL |