UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | February 21, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the following Motions are hereby set for oral argument on Monday, February 25, 2013 at 2:00 p.m.: (1) Motion of Federal Defendants to Dismiss for Lack of Subject Matter Jurisdiction (#68); and (2) Motion of Intervenor-Defendant Bipartisan Legal Advisory Group of the House of Representatives to Stay Case Pending Ruling of the United States Supreme (#69).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |