# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx)<br><br>**ORDER REGARDING SUMMARY JUDGMENT BRIEFING**<br><br><br><br><br><br><br><br><br><br>Hon. Consuelo B. Marshall |

The Court, having reviewed the Stipulation Regarding Summary Judgment Briefing ("Stipulation"), entered into on March 1, 2013, between counsel for the parties, and for good cause shown, approves the Stipulation and rules as follows:

1. Plaintiffs' Notice of Motion and Motion for Summary Judgment (ECF No. 85), Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 84), Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 86), and Declaration of Christine P. Sun in Support of Motion for Summary Judgment (ECF No. 87) are deemed withdrawn.

2. On March 4, 2013, Plaintiffs filed with the Court a new summary judgment motion and supporting papers that address Intervenor-

Defendant's objections. (ECF Nos. 96-99.) In those papers, Plaintiffs also lodged a "Statement of Uncontroverted Facts." (ECF No. 98.) However, Plaintiffs did not include purported conclusions of law within that statement, in violation of Local Rule 56-1. Plaintiffs are granted leave to amend this statement to comply with L.R. 56-1, and can file the amended statement no later than March 12, 2013.

3. Not later than March 18, 2013, Intervenor-Defendant will file its opposition to Plaintiffs' new summary judgment motion and will file its cross-motion for summary judgment. Intervenor-Defendant will include in its statement filed pursuant to L.R. 56-1 of the Local Rules of this Court statements of fact that it contends are material and that it contends are not the subject of any genuine dispute. Intervenor-Defendant will also include in this statement purported conclusions of law pursuant to Local Rule 56-1.

4. Within 21 days after Intervenor-Defendant files its opposition to Plaintiffs' new summary judgment motion, Plaintiffs will file their reply.

5. Within 21 days after Intervenor-Defendant files its cross-motion for summary judgment, Plaintiffs will file their opposition and Federal Defendants will file their response to both Plaintiffs' new summary judgment motion and Intervenor-Defendant's cross-motion for summary judgment.

6. Within 14 days after Plaintiffs file their opposition to Intervenor-Defendant's cross-motion for summary judgment, Intervenor-Defendant will file its reply.

7. Within 14 days after Federal Defendants file their response to Plaintiffs' new summary judgment motion and Intervenor-Defendant's cross-motion

for summary judgment, Plaintiffs and Intervenor-Defendant may, if they choose, file replies to Federal Defendants' response.

8. Argument on Plaintiffs' new motion for summary judgment and Intervenor-Defendant's cross-motion for summary judgment will be set for May 6, 2013, at 11:00 am.

**IT IS SO ORDERED**.

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Dated:       March 5, 2013