IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | No. 2:12-CV-887-CBM-AJW<br><br>Hon. Conseulo B. Marshall<br><br>[~~PROPOSED~~] ORDER |

UPON CONSIDERATION of Conor B. Dugan's motion to withdraw as an attorney in this case, it is by this Court, this ___ day of February, 2013, hereby

ORDERED

That the Application is GRANTED.

3/6/13

_____
Honorable Conseulo B. Marshall
United States District Judge