Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com
Michael H. McGinley (DC Bar 1006943)
mmcginley@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C.  20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov
Eleni M. Roumel, Assistant Counsel (SC Bar 75763)
Eleni.Roumel@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>　　　　Defendants, <br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>　　　　Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx) <br><br>**INTERVENOR-DEFENDANT'S NOTICE OF CROSS MOTION AND CROSS MOTION OF FOR SUMMARY JUDGMENT** <br><br>Hearing: May 6, 2013 <br>Time: 11:00 a.m. <br>Hon. Consuelo B. Marshall |

　　　PLEASE TAKE NOTICE that Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") will move this Court on Monday, May 6, 2013, at 11:00 a.m., or as soon thereafter as counsel may be heard, in the United States District Court for the Central District of California, Western Division, Courtroom 2, 312 North Spring Street, Los Angeles, California 90012, for an order granting the House's Cross Motion for Summary Judgment.

## CROSS MOTION FOR SUMMARY JUDGMENT

　　　Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, and for the reasons set forth in the accompanying Memorandum of Points and Authorities In Support of Cross Motion of Intervenor-Defendant for Summary Judgment, the House respectfully moves for entry of judgment granting the House's Cross Motion.

## LOCAL RULE 7-3 STATEMENT

On March 1, 2013, counsel for the House, Federal Defendants, and Plaintiffs conferred about, and then jointly filed, a Stipulation Regarding Summary Judgment Briefing (ECF No. 95). Among other things, the Stipulation sets forth the filing date for the House's Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion (March 18, 2013).

On March 3, 2013, this Court entered an order approving the proposed Stipulation, in relevant part. *See* Order Regarding Summ. J. Briefing at 2 (ECF No. 100).

A proposed Judgment is submitted herewith and oral argument is not requested.

Respectfully submitted,

By: */s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
BANCROFT PLLC[1]

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

March 18, 2013

---

[1] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory H. Christopher Bartolomucci.

[2] The Bipartisan Legal Advisory Group, which speaks for the House in all litigation matters in which it appears, is currently comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and the Democratic Whip have declined to support the filing of this motion.

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2013, I electronically filed the foregoing Notice of Cross Motion and Cross Motion of Intervenor-Defendant for Summary Judgment with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Christine P. Sun, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org
*Counsel for Plaintiffs*

Adam P. Romero, Esquire
Rubina Ali, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
New York City, New York  10007
adam.romero@wilmerhale.com
rubina.ali@wilmerhale.com
*Counsel for Plaintiffs*

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California  94304
eugene.marder@wilmerhale.com
*Counsel for Plaintiffs*

Randall R. Lee, Esquire
Matthew D. Benedetto, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue Suite 2100
Los Angeles, California  90071
randall.lee@wilmerhale.com
matthew.benedetto@wilmerhale.com
*Counsel for Plaintiffs*

Jean Lin, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia  20530
jean.lin@usdoj.gov
*Counsel for the Executive Branch defendants*

                                */s/ Kerry W. Kircher*
                                Kerry W. Kircher