**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx) <br><br> **[PROPOSED] JUDGMENT** |

UPON CONSIDERATION OF the Cross Motion of Intervenor-Defendant for Summary Judgment ("Motion"), the opposition, if any, and the entire record herein, it is by this Court this \_\_\_\_ day of _____, 2013, hereby ORDERED

That the Motion is GRANTED.  IT IS FURTHER DECIDED

That this case is DISMISSED with prejudice.

_____
Honorable Consuelo B. Marshall
United States District Judge