1    Paul D. Clement (DC Bar 433215)
     pclement@bancroftpllc.com
2    H. Christopher Bartolomucci (DC Bar 453423)
3    cbartolomucci@bancroftpllc.com
     Nicholas J. Nelson (DC Bar 1001696)
4    nnelson@bancroftpllc.com
5    Michael H. McGinley (DC Bar 1006943)
     mmcginley@bancroftpllc.com
6
7    BANCROFT PLLC
     1919 M Street, N.W.
8    Suite 470
9    Washington, D.C.  20036
     202-234-0090 (telephone)
10   202-234-2806 (facsimile)
11
12   *Of Counsel:*
     Kerry W. Kircher, General Counsel (DC Bar 386816)
13   Kerry.Kircher@mail.house.gov
14   William Pittard, Deputy General Counsel (DC Bar 482949)
     William.Pittard@mail.house.gov
15   Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
16   Christine.Davenport@mail.house.gov
     Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
17   Todd.Tatelman@mail.house.gov
18   Mary Beth Walker, Assistant Counsel (DC Bar 501033)
     MaryBeth.Walker@mail.house.gov
19   Eleni M. Roumel (SC Bar 75763)
20   Eleni.Roumel@mail.house.gov
21   OFFICE OF GENERAL COUNSEL,
     U.S. HOUSE OF REPRESENTATIVES
22   219 Cannon House Office Building
23   Washington, D.C.  20515
     202-225-9700 (telephone)
24   202-226-1360 (facsimile)
25
26   *Counsel for Intervenor-Defendant the Bipartisan*
     *Legal Advisory Group of the U.S. House of Representatives*
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

|  |  |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, | No. 2:12-cv-00887-CBM (AJWx) |
| Plaintiffs, | **INTERVENOR-DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW PURSUANT TO LOCAL RULE 56.1** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants, | |
| BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | Hearing: May 6, 2013 Time: 11:00 a.m. Hon. Consuelo B. Marshall |
| Intervenor-Defendant. | |

**STATEMENT OF UNCONTROVERTED FACTS**

1.  Maggie and Tracey Cooper-Harris reside in California.  Decl. of Tracey Cooper-Harris in Supp. of Pls.' Mot. for Summ. J. ¶ 3 ("Tracey Cooper-Harris Declaration") (attached as Ex. C to Decl. of Christine P. Sun in Supp. of Pls.' Mot for Summ. J. (Mar. 5, 2013) (ECF No. 99).

2.  Maggie and Tracey Cooper-Harris obtained a marriage certificate from the state of California in 2008.  *Id*.

3.  Tracey Cooper-Harris served in the United States Army for approximately twelve years, *id*. ¶ 4, and was honorably discharged in 2003, *id*. ¶ 8.

4.  Tracey Cooper-Harris is currently receiving benefits from the Department of Veterans Affairs in connection with service-connected disabilities.  *Id*. ¶ 23.

5.  Tracey Cooper-Harris applied to add Maggie Cooper-Harris as a spouse for purposes of receiving additional dependency compensation from the VA, but was denied.  *Id*. ¶ 25, 26.

**CONCLUSIONS OF LAW**

1.      Plaintiffs' Complaint fails to state a claim on which relief may be granted.  *See* Answer of Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012); House Mem. P&A in Support of Cross-Mot. for Summ. J. (Mar. 18, 2013); House Opp to Pl.'s Mot. for Summ. J. (Mar. 18, 2013); and Federal Defendants' Mem. of P&A in Support of Mot. to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 68-1) (Dec. 13, 2012), which are incorporated by reference as if fully set forth herein, and authorities cited therein.

2.      Section 3 of the Defense of Marriage Act, Pub. L. No. 104-199, 110 Stat. 2419 (1996), codified at 1 U.S.C. § 7, and Section 101(31) of Title 38 of the United States Code are consistent with, and do not violate, the equal protection or substantive due process components of the Due Process Clause of the Fifth

Amendment of the U.S. Constitution, along with all other provisions of the U.S. Constitution. *See* Answer of the House at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012); House Mem. P&A in Support of Cross-Mot. for Summ. J. (Mar. 18, 2013); and House Opp to Pl.'s Mot. for Summ. J. (Mar. 18, 2013), which are incorporated by reference as if fully set forth herein, and authorities cited therein; s*ee, e.g.,* In Chambers Order, *Lui v. Holder*, No. 2:11-cv-01267 (C.D. Cal. Sept. 28, 2011) (ECF No. 38); In Chambers Order, *Torres-Barragan v. Holder*, No. 2:09-cv-08564 (C.D. Cal. Apr. 30, 2010) (ECF No. 24); *Smelt v. Cnty. of Orange*, 374 F. Supp. 2d 861 (C.D. Cal. 2005), *aff'd in part and vacated in part for lack of standing*, 447 F.3d 673 (9th Cir. 2006).

   3. Plaintiffs lack standing to bring certain of their claims. *See* Answer of the House at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012); Federal Defendants' Mem. of P&A in Support of Mot. to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 68-1) (Dec. 13, 2012); House Mem. P&A in Support of Cross-Mot. for Summ. J. (Mar. 18, 2013); and House Opp to Pl.'s Mot. for Summ. J. (Mar. 18, 2013), and authorities cited therein, which are incorporated by reference as if fully set forth herein.

   4. Certain of Plaintiffs' claims are not ripe. *See* Answer of the House at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012); Federal Defendants' Mem. of P&A in Support of Mot. to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 68-1) (Dec. 13, 2012); House Mem. P&A in Support of Cross-Mot. for Summ. J. (Mar. 18, 2013); and House Opp to Pl.'s Mot. for Summ. J. (Mar. 18, 2013), and authorities cited therein, which are incorporated by reference as if fully set forth herein.

   5. Plaintiffs have failed to exhaust their administrative remedies. *See* Answer of the House at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012); Federal

Defendants' Mem. of P&A in Support of Mot. to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 68-1) (Dec. 13, 2012); House Mem. P&A in Support of Cross-Mot. for Summ. J. (Mar. 18, 2013); and House Opp to Pl.'s Mot. for Summ. J. (Mar. 18, 2013), and authorities cited therein, which are incorporated by reference as if fully set forth herein.

6. Plaintiffs' claims are barred by sovereign immunity under 5 U.S.C. § 704 because Plaintiffs have expressly denied that they are challenging specific agency action, *see* Pls.' Mem. Opp. to [Ex. Branch] Defs.' Mot. to Dismiss at 21 (Jan. 28, 2013) (ECF No. 79) ("Plaintiffs here [do not] challenge a specific decision of the Secretary . . . ."], and because there is another "adequate remedy" available to Plaintiffs, namely review through the process provided by the Veterans Judicial Review Act.

7. The Court lacks jurisdiction to hear Plaintiffs' claims. *See* Answer of the House at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012); Federal Defendants' Mem. of P&A in Support of Mot. to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 68-1) (Dec. 13, 2012); House Mem. P&A in Support of Cross-Mot. for Summ. J. (Mar. 18, 2013); and House Opp to Pl.'s Mot. for Summ. J. (Mar. 18, 2013), and authorities cited therein, which are incorporated by reference as if fully set forth herein.

8. The House is not liable for any party's costs or attorneys' fees. *See* Answer of the House at 17 (ECF No. 17, Ex. 3) (Mar. 30, 2012).

\* \* \*

Having fully answered and responded to the Plaintiffs' Motion for Summary Judgment, the House respectfully requests that this Court enter judgment in its favor, upholding DOMA Section 3and Section 101 against any and all constitutional challenges.

1

2

3

4

5

6

7    March 18, 2013

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

By: */s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci
BANCROFT PLLC[1]

*Counsel for Intervenor-Defendant the
Bipartisan Legal Advisory Group of the
U.S. House of Representatives*[2]

---

[1]  Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory H. Christopher Bartolomucci.

[2]  The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, currently is comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip.  The Democratic Leader and Democratic Whip decline to support the filing of this statement.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2013, I electronically filed the foregoing Intervenor-Defendants' Combined Statement of Uncontroverted Facts and Conclusions of Law Pursuant to Local Rule 56.1 with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

> Caren E. Short, Esquire
> Christine P. Sun, Esquire
> Joseph J. Levin, Jr., Esquire
> SOUTHERN POVERTY LAW CENTER
> 400 Washington Avenue
> Montgomery, Alabama  36104
> caren.short@splcenter.org
> christine.sun@splcenter.org
> joe.levin@splcenter.org
> *Counsel for Plaintiffs*
>
> Adam P. Romero, Esquire
> Rubina Ali, Esquire
> WILMER CUTLER PICKERING HALE & DORR LLP
> 7 World Trade Center
> New York City, New York  10007
> adam.romero@wilmerhale.com
> rubina.ali@wilmerhale.com
> *Counsel for Plaintiffs*
>
> Eugene Marder, Esquire
> WILMER CUTLER PICKERING HALE & DORR LLP
> 950 Page Mill Road
> Palo Alto, California  94304
> eugene.marder@wilmerhale.com
> *Counsel for Plaintiffs*

1   Randall R. Lee, Esquire
2   Matthew D. Benedetto, Esquire
    WILMER CUTLER PICKERING HALE & DORR LLP
3   350 South Grand Avenue Suite 2100
    Los Angeles, California  90071
4   randall.lee@wilmerhale.com
5   matthew.benedetto@wilmerhale.com
    *Counsel for Plaintiffs*
6

7   Jean Lin, Trial Attorney
    U.S. DEPARTMENT OF JUSTICE
8   Civil Division - Federal Programs Branch
9   20 Massachusetts Avenue, Northwest
    Washington, District of Columbia  20530
10  jean.lin@usdoj.gov
11  *Counsel for the Executive Branch defendants*

12

13                       */s/ Kerry W. Kircher*
                         Kerry W. Kircher
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28