STUART F. DELERY
Acting Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ARTHUR R. GOLDBERG (DC Bar No. 180661)
Assistant Branch Director
JEAN LIN (NY Bar No. 4074530)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3716
jean.lin@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS | CASE NO. CV12-887 CMB (AJWx) |
| Plaintiffs, | Judge: Hon. Consuelo B. Marshall |
| vs. | FEDERAL DEFENDANTS' *EX PARTE* APPLICATION FOR ENLARGEMENT OF PAGE LIMIT |
| UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs, | |
| Defendants, | |
| BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | |
| Intervenor-Defendant. | |

Federal Defendants hereby respectfully request that the Court grant this *Ex Parte* Application to enlarge the 25-page length limit set forth in Local Rule 11-6 to allow them to file a single response to Plaintiffs' Motion for Summary Judgment and the Bipartisan Legal Advisory Group's Cross Motion for Summary Judgment that is no more than 35 pages in length. Federal Defendants have made every effort to reduce the brief to minimize the need for additional pages, but have been unable to do so.

Good cause exists for this request. Under this Court's summary judgment briefing schedule (ECF No. 100, March 5, 2013), Federal Defendants are permitted to respond to both Plaintiffs' motion for summary judgment and BLAG's cross motion for summary judgment. In order to proceed in an efficient manner as this Court urged the parties to do during the February 25 hearing, the parties had proposed the summary judgment briefing schedule contemplating that Federal Defendants will file one single, combined response. Plaintiffs' and BLAG's cross motions of summary judgment (totaling 50 pages) as well as BLAG's opposition to Plaintiffs' motion (25 pages) address one central issue—namely the constitutionality of Section 3 of the Defense of Marriage Act and Sections 101(3) and (31) of Title 38 of the U.S. Code. One combined response from Federal Defendants to that central issue will most efficiently set forth Federal Defendants' position. Federal Defendants, however, are unable to adequately address this complex constitutional issue of equal protection in 25 pages, and the limited extension will aid this Court's understanding of their legal arguments.

Federal Defendants' Counsel Jean Lin has conferred with Plaintiffs' counsel, Ms. Christine Sun, as well as BLAG's Counsel, Ms. Mary Beth Walker, regarding this *ex parte* application. Both Ms. Sun and Ms. Walker indicated that they do not object to Federal Defendants' *ex parte* application.

Date: April 2, 2013          Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

ANDRE BIROTTE, JR.
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

  /s/ *Jean Lin*
JEAN LIN
Senior Trial Counsel
U.S. Department of Justice, Civil Div.
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530

Attorneys for Federal Defendants