Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com
Michael H. McGinley (DC Bar 1006943)
mmcginley@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C.  20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov
Eleni M. Roumel, Assistant Counsel (SC Bar 75763)
Eleni.Roumel@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>Defendants, <br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx) <br><br> Judge: Hon. Consuelo B. Marshall <br><br> **RESPONSE OF INTERVENOR-DEFENDANT TO FEDERAL DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF PAGE LIMIT** |

On April 2, 2013, Defendants United States of America, Eric H. Holder, Jr., and Eric K. Shinseki (collectively "Executive Branch Defendants") filed an Ex Parte Application for Enlargement of Page Limit (ECF No. 109) ("Ex Parte Application"). As noted in the Ex Parte Application, at 2, Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") does not oppose the Executive Branch Defendants' requested relief to be permitted to file one consolidated response of 35 pages.

However, the House feels compelled to note that it twice sought similar relief from this Court in another case addressing the constitutionality of Section 3 of the Defense of Marriage Act, 1 U.S.C. § 7, *Aranas v. Napolitano*, No. 8:12-cv-01137 (C.D. Cal.), and the House on each occasion was denied such relief. *See* Notice of Unopposed Mot. & Unopposed Mot. of [House] for Leave to File a

1

Consol. Mem. in Excess of Twenty-Five Pages, *Aranas v. Napolitano*, No. 8:12-cv-01137 (Sept. 13, 2012) (ECF No. 34); Order, *Aranas v. Napolitano*, No. 8:12-cv-01137 (Sept. 19, 2012) (ECF No. 45) (denying House's Sept. 13, 2012 motion without explanation); Ex Parte Appl. of [House] for Recons. of Sept. 19, 2012 Order . . . , *Aranas v. Napolitano*, No. 8:12-cv-01137 (Oct. 2, 2012) (ECF No. 47); Order, *Aranas v. Napolitano*, No. 8:12-cv-01137 (Oct. 4, 2012) (ECF No. 48) (denying House's Oct. 2, 2012 ex parte application request and noting that "[t]he Court would find it more helpful to have the benefit of briefing on [the House's] Motion to Dismiss and separate briefing on Plaintiffs' Motion for Preliminary Injunction"). The House ultimately filed two separate briefs in that case. *See* Mem. of [House] in Supp. of Mot. to Dismiss (Oct. 22, 2012) (ECF No. 62); Mem. of [House] in Opp'n to Mot. for Prelim. Inj. (Oct. 22, 2012) (ECF No. 63).

Respectfully submitted,

By: /s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci
BANCROFT PLLC[1]

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*[2]

April 3, 2013

---

[1] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory H. Christopher Bartolomucci.

[2] The Bipartisan Legal Advisory Group, which speaks for the House in litigation matters, currently is comprised of the Honorable John A. Boehner, Speaker of the House, the Honorable Eric Cantor, Majority Leader, the Honorable Kevin McCarthy, Majority Whip, the Honorable Nancy Pelosi, Democratic Leader, and the Honorable Steny H. Hoyer, Democratic Whip. The Democratic Leader and Democratic Whip have declined to support the position taken by the Group on the merits of DOMA Section 3's constitutionality in this case.

**CERTIFICATE OF SERVICE**

I certify that on April 3, 2013, I electronically filed the foregoing Response of Intervenor-Defendant to Federal Defendants' Ex Parte Application for Enlargement of Page Limit with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Christine P. Sun, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
caren.short@splcenter.org
christine.sun@splcenter.org
joe.levin@splcenter.org
*Counsel for Plaintiffs*

Adam P. Romero, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
New York, New York  10007
adam.romero@wilmerhale.com
*Counsel for Plaintiffs*

Rubina Ali, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
250 Greenwich Street
New York, New York  10007
rubina.ali@wilmerhale.com
*Counsel for Plaintiffs*

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California  94304
eugene.marder@wilmerhale.com
*Counsel for Plaintiffs*

Randall R. Lee, Esquire
Matthew D. Benedetto, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue Suite 2100
Los Angeles, California  90071
randall.lee@wilmerhale.com
matthew.benedetto@wilmerhale.com
*Counsel for Plaintiffs*

Jean Lin, Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, District of Columbia  20530
jean.lin@usdoj.gov
*Counsel for Executive Branch Defendants*

           */s/ Mary Beth Walker*
           Mary Beth Walker