UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00887 CBM (AJWx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | *Tracey Cooper-Harris et al., v. United States of America et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD
Ex Parte Application (#109)

The matter before the Court is Federal Defendants' *Ex Parte* Application For Enlargement of Page Limit. [Docket No. 109.]

Plaintiffs and Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("BLAG") do not object to Defendants' Application. (*Id.*)  Good cause appearing, the Court hereby GRANTS Defendants' Ex Parte Application for Enlargement of Page Limit. Defendants' Opposition to both Plaintiffs' motion for summary judgment and BLAG's cross-motion of summary judgment.[1]  The Opposition may be no more than thirty-five (35) pages in length.

The Court further orders that only Plaintiffs' and BLAG's Response to Federal Defendants' Opposition are enlarged by five pages, and each response may be no more than fifteen pages (15) in length.  All other responsive pleadings shall meet the page limitations consistent with the Local Rules and this Court's Standing Order.

---

[1] BLAG filed a Response to the *Ex Parte* application, stating that in another case before this Court, *Aranas v. Napolitano*, No. 8:12-CV-01137, BLAG was denied a similar *Ex Parte* application. [Docket No. 110.] This case is at the summary judgment stage, whereas at the time discussed by BLAG, the posture in *Aranas* involved motions to dismiss and motions for preliminary injunction.  Additionally, BLAG was permitted to enlarge its opposition to Plaintiffs' Motion for Preliminary Injunction. [12-1137, Docket No. 50.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00887 CBM (AJWx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | *Tracey Cooper-Harris et al., v. United States of America et al.* | | |

**IT IS SO ORDERED**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JL | | |