# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00887 CBM (AJWx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | *Tracey Cooper-Harris et al., v. United States of America et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD
ORDER REQUIRING CONSOLIDATED STATEMENT

   To assist the Court, the Court Orders all parties to meet and confer and serve on the Court a consolidated and concise document:

   A.   Listing all uncontroverted facts and supporting evidence as alleged by Plaintiffs and Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("BLAG") to which all parties agree, clearly labeling which party alleges that fact, and;

   B.   Responding to each moving party's alleged uncontroverted fact for which there is a genuine dispute, with citations to supporting evidence.  Each response should clearly label which party alleges that fact and which party disputes it, and;

   C.   Listing all conclusions of law as alleged by Plaintiffs and BLAG to which all parties agree, and clearly labeling which party alleges that conclusion of law, and;

   D.   Listing each alleged conclusion of law for which there is a dispute, and clearly labeling which party alleges that conclusion of law and which party disputes it.

   This shall be in the form of table in a Microsoft Word document.  It shall be filed with the Court and emailed to the Clerk at joseph_levario@cacd.uscourts.gov no later than April 12, 2013.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00887 CBM (AJWx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | *Tracey Cooper-Harris et al., v. United States of America et al.* | | |

**IT IS SO ORDERED**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JL | | |