JOSEPH J. LEVIN, JR. (*Pro Hac Vice*)
joe.levin@splcenter.org
CHRISTINE P. SUN (SBN 218701)
christine.sun@splcenter.org
CAREN E. SHORT (*Pro Hac Vice*)
caren.short@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481

(*Caption Continued on Next Page*)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | No. CV12-887 CBM<br><br>**PLAINTIFFS' RESPONSE TO INTERVENOR-DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW PURSUANT TO L.R. 56-2**<br><br>Hearing: May 6, 2013<br>Time: 11:00am<br>Hon. Consuelo B. Marshall |

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Case No. CV 12-887-CBM

1  Randall R. Lee (SBN 152672)
   randall.lee@wilmerhale.com
2  Matthew D. Benedetto (SBN 252379)
   matthew.benedetto@wilmerhale.com
3  WILMER CUTLER PICKERING HALE AND DORR LLP
   350 South Grand Avenue, Suite 2100
4  Los Angeles, CA 90071
   Telephone: (213) 443-5300
5  Facsimile: (213) 443-5400

6  Adam P. Romero (*Pro Hac Vice*)
   adam.romero@wilmerhale.com
7  Rubina Ali (*Pro Hac Vice*)
   rubina.ali@wilmerhale.com
8  WILMER CUTLER PICKERING HALE AND DORR LLP
   7 World Trade Center
9  New York, NY 10007
   Telephone: (212) 230-8800
10 Facsimile: (212) 230-8888

11 Eugene Marder (SBN 275762)
   eugene.marder@wilmerhale.com
12 WILMER CUTLER PICKERING HALE AND DORR LLP
   950 Page Mill Road
13 Palo Alto, California 94304
   Telephone: (650) 858-6000
14 Facsimile: (650) 858-6100

15 Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Case No. CV 12-887-CBM

Pursuant to Local Rule 56-2, Plaintiffs Tracey and Maggie Cooper-Harris submit this Response to the Statement of Uncontroverted Facts and Conclusions of Law submitted by Intervenor-Defendant Bipartisan Legal Advisory Group of the U.S. House of Representative ("BLAG") in support of its Cross-Motion for Summary Judgment (ECF No. 106).

Plaintiffs agree that the statements of facts (Nos. 1-5) are uncontroverted.

Plaintiffs dispute each and every "conclusion of law" (Nos. 1-8), as reflected in Plaintiffs' Motion for Summary Judgment, Opposition to BLAG's Cross-Motion for Summary Judgment, Opposition to Federal Defendants' Motion to Dismiss, and memoranda and other filings submitted in support thereof, which are incorporated as if included herein.  In addition, this Court has already rejected, BLAG is not entitled or empowered to raise, and/or BLAG has not properly raised for adjudication various of BLAG's "conclusions of law" (Nos. 3-7).

Dated:  April 8, 2013

Respectfully submitted,

SOUTHERN POVERTY LAW CENTER

WILMER CUTLER PICKERING
HALE AND DORR LLP

BY:   /s/  *Adam Romero*
    ADAM P. ROMERO
    7 World Trade Center
    New York, NY 10007
    (212) 295-6422
    adam.romero@wilmerhale.com

*Attorneys for Plaintiffs*

CASE NO. CV 12-887-CBM