JOSEPH J. LEVIN, JR. (*Pro Hac Vice*)
joe.levin@splcenter.org
CHRISTINE P. SUN (SBN 218701)
christine.sun@splcenter.org
CAREN E. SHORT (*Pro Hac Vice*)
caren.short@splcenter.org
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481

(*Caption Continued on Next Page*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | No. CV12-887 CBM<br><br>**DECLARATION OF ADAM P. ROMERO**<br><br>Hearing: May 6, 2013<br>Time: 11:00am<br>Hon. Consuelo B. Marshall |

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

1  Randall R. Lee (SBN 152672)
   randall.lee@wilmerhale.com
2  Matthew D. Benedetto (SBN 252379)
   matthew.benedetto@wilmerhale.com
3  WILMER CUTLER PICKERING HALE AND DORR LLP
   350 South Grand Avenue, Suite 2100
4  Los Angeles, CA 90071
   Telephone:  (213) 443-5300
5  Facsimile:  (213) 443-5400

6  Adam P. Romero (*Pro Hac Vice*)
   adam.romero@wilmerhale.com
7  Rubina Ali (*Pro Hac Vice*)
   rubina.ali@wilmerhale.com
8  WILMER CUTLER PICKERING HALE AND DORR LLP
   7 World Trade Center
9  New York, NY 10007
   Telephone:  (212) 230-8800
10 Facsimile:  (212) 230-8888

11 Eugene Marder (SBN 275762)
   eugene.marder@wilmerhale.com
12 WILMER CUTLER PICKERING HALE AND DORR LLP
   950 Page Mill Road
13 Palo Alto, California 94304
   Telephone:  (650) 858-6000
14 Facsimile:  (650) 858-6100

15 Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam P. Romero, declare as follows:

1. I am a Senior Associate at the firm of Wilmer, Cutler, Pickering, Hale & Dorr LLP, 7 World Trade Center, New York, New York 10007. I serve as counsel for Plaintiffs Tracey and Maggie Cooper-Harris. I submit this Declaration in support of Plaintiffs' Reply to Intervenor-Defendant BLAG's Opposition to Plaintiffs' Motion for Summary Judgment, and Plaintiffs' Opposition to BLAG's Cross-Motion for Summary Judgment.

2. Attached to this Declaration as Exhibit A are true and correct copies of excerpts from the deposition of Professor George Chauncey, Ph.D.

3. Attached to this Declaration as Exhibit B are true and correct copies of excerpts from the deposition of Professor Letitia Anne Peplau, Ph.D.

4. Attached to this Declaration as Exhibit C are true and correct copies of excerpts from the deposition of Professor Gary Segura, Ph.D.

5. Attached to this Declaration as Exhibit D are true and correct copies of excerpts from the deposition of Professor Michael Lamb, Ph.D.

6. Attached to this Declaration as Exhibit E are true and correct copies of excerpts from the deposition of Professor Nancy F. Cott, Ph.D.

7. Plaintiffs previously submitted true and correct copies of excerpts from the depositions of Dr. Lawrence Korb and Major General (Ret.) Dennis Laich at ECF Nos. 60-3 and 60-5.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1756, that the foregoing is true and correct. Executed at New York, New York on this 8th day of April 2013:

        */s/ Adam P. Romero*
        Adam P. Romero, Esq.

**WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

CASE NO. CV 12-887-CBM