# **EXHIBIT B**

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
EDITH SCHLAIN WINDSOR, in her
capacity as Executor of the Estate
of CLARA SPYER,

      Plaintiff,

  -against-                                    10-CV-8435

THE UNITED STATES OF AMERICA,

      Defendant.
------------------------------------

(Caption continued on next page.)


DEPOSITION OF LETITIA ANNE PEPLAU, Ph.D.,

    Friday, June 17, 2011




Telephone: 212.349.9692
Facsimile: 212.557.2152

One Penn Plaza
Suite 4715
New York, NY 10119

1        L.A. Peplau, Ph.D.
2  homosexual acts?
3        MR. BENSON:  Object to the form.
4        Same objection.
5     A.  You know, how I would classify such a
6  person would depend on the goal of the
7  research project.  Researchers who are
8  interested in studying the transmission of
9  sexually transmitted diseases might be
10 particularly interested in studying men who
11 have sex with men regardless of whether they
12 identify as heterosexual or gay.  And a term
13 that is commonly used for that for those men
14 is men who have sex with men, MSM.
15    Q.  Can sexual orientation be defined at
16 birth?
17       MR. BENSON:  Objection to form.
18    A.  What research shows is that people
19 come to understand their sexual orientation
20 most typically during adolescence, so I would
21 say that looking at a newborn, I would not be
22 able to tell you what that child's sexual
23 orientation is going to be.
24    Q.  In paragraph 15 of Exhibit 2, you
25 describe the continuum of sexual orientation.



Telephone: 212.349.9692
Facsimile: 212.557.2152

One Penn Plaza
Suite 4715
New York, NY 10119

1      L.A. Peplau, Ph.D.
2      Q. Can I ask you, Dr. Peplau, do we know
3   what the respondents meant here when they were
4   reporting on their perceived choice about
5   sexual orientation?
6      A. We really do not know what the
7   respondents meant when they indicated that
8   they had, for example, a fair amount of
9   choice. I think one possibility is that what
10  they are really saying is that they recognize
11  that they had same sex romantic sexual
12  attractions and then they chose rather than
13  denying or suppressing those attractions, that
14  they chose to act upon them by, for example,
15  forming a same sex relationship. We do not
16  know, but I think there are many -- there are
17  possible interpretations of what choice might
18  have meant to the respondents.
19     Q. If I could ask you please to turn to
20  Exhibit 2, which is your expert affidavit.
21  The first passage I would like to focus you on
22  is paragraph 37 on page 17.
23        Do you recall that Mr. Dugan asked
24  you a number of questions relating to this
25  paragraph?

 
ESQUIRE    Tankoos Reporting

Telephone: 212.349.9692
Facsimile: 212.557.2152

One Penn Plaza
Suite 4715
New York, NY 10119

**Name of Cases**:

<u>UNITED STATES DISTRICT COURT</u>
<u>SOUTHERN DISTRICT OF NEW YORK</u>

EDITH SCHLAIN WINDSOR,
in her capacity as Executor of the Estate of THEA CLARA SPYER,
Plaintiff,

v.

THE UNITED STATES OF AMERICA,
Defendant.

(10 Civ. 8435) (BSJ) (JCF)

<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

JOANNE PEDERSEN & ANN MEITZEN, GERALD V. PASSARO II, LYNDA DEFORGE & RAQUEL ARDIN, JANET GELLER & JOANNE MARQUIS, SUZANNE & GERALDINE ARTIS, BRADLEY KLEINERMAN & JAMES GEHRE, and DAMON SAVOY & JOHN WEISS,
Plaintiffs,

v.

OFFICE OF PERSONNEL MANAGEMENT, TIMOTHY F. GEITHNER, in his official capacity as the Secretary of the Treasury, and HILDA L. SOLIS, in her official capacity as the Secretary of Labor, MICHAEL J. ASTRUE, in his official capacity as the Commissioner of the Social Security Administration, UNITED STATES POSTAL SERVICE, JOHN E. POTTER, in his official capacity as The Postmaster General of the United States of America, DOUGLAS H. SHULMAN, in his official capacity as the Commissioner of Internal Revenue, ERIC H. HOLDER, JR., in his official capacity as United States Attorney General, JOHN WALSH, in his official capacity as Acting Comptroller of the Currency, and THE UNITED STATES OF AMERICA,
Defendants.

(310-CV-1750) (VLB)

**Date of Deposition**:         Friday, June 17, 2011

**Name of Witness**:           Letitia Anne Peplau, Ph.D.

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

I wish to make the following changes, for the following reasons:

PAGE LINE:        16:3

CHANGE FROM:      "would it"

CHANGE TO:        "would it be"

REASON:           Transcription error


PAGE LINE:        22:23

CHANGE FROM:      "ASEF (ph)"

CHANGE TO:        "NSF [National Science Foundation]"

REASON:           Transcription error


PAGE LINE:        29:20

CHANGE FROM:      "questions"

CHANGE TO:        "lesbians"

REASON:           Transcription error


PAGE LINE:        32:13

CHANGE FROM:      "Does California studies"

CHANGE TO:        "Those California studies"

REASON:           Transcription error


PAGE LINE:        33:2–3

CHANGE FROM:      "I see against relationships of lesbians and gay men."

CHANGE TO:        "I see—where it says, 'The relationships of lesbians and gay men'"

2

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

| | |
|---|---|
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 41:4 |
| CHANGE FROM: | "It was always conceivable" |
| CHANGE TO: | "It is always conceivable" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 42:15–18 |
| CHANGE FROM: | "All close same sex relationships between friends, relatives, coworkers, acquaintances or others which shall be considered homosexual relationships." |
| CHANGE TO: | "Of all close same-sex relationships between friends, relatives, coworkers, acquaintances, or others, which shall be considered homosexual relationships?" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 49:5–6 |
| CHANGE FROM: | "however, it actually an encompasses" |
| CHANGE TO: | "however, it actually encompasses" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 51:3–5 |
| CHANGE FROM: | "harms not individuals in legal same sex marriage but gay men, lesbians and bisexuals as a group." |
| CHANGE TO: | "harm not only individuals in legal same-sex marriages, but gay men, lesbians, and bisexuals as a group." |
| REASON: | Transcription error |

3

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

| | |
|---|---|
| PAGE LINE: | 57:10 |
| CHANGE FROM: | "no singular theory" |
| CHANGE TO: | "no single theory" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 57:14 |
| CHANGE FROM: | "the interplay biological," |
| CHANGE TO: | "the interplay of biological," |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 57:24 |
| CHANGE FROM: | "that is all learning experience" |
| CHANGE TO: | "that it is all learning, experience" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 59:22 |
| CHANGE FROM: | "married that the families would accept" |
| CHANGE TO: | "married that their families would accept" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 61:7 |
| CHANGE FROM: | "protection or lesbians" |
| CHANGE TO: | "protection for lesbians" |
| REASON: | Typographical error |

4

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

| | |
|---|---|
| PAGE LINE: | 63:6 |
| CHANGE FROM: | |
| CHANGE TO: | Add "Q:" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 66:6 |
| CHANGE FROM: | "One form that" |
| CHANGE TO: | "One form that is" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 67:11 |
| CHANGE FROM: | "homosexual marriage is one" |
| CHANGE TO: | "homosexual marriage if one" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 70:21 |
| CHANGE FROM: | "I to want pose an objection" |
| CHANGE TO: | "I want to pose an objection" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 71:24 |
| CHANGE FROM: | "will not effect heterosexual" |
| CHANGE TO: | "will not affect heterosexual" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 76:8 |
| CHANGE FROM: | "they in partners are" |
| CHANGE TO: | "that partners are" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 77:25 |
| CHANGE FROM: | "expert" |
| CHANGE TO: | "experiment" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 78:3 |
| CHANGE FROM: | "assign people's conditions" |
| CHANGE TO: | "assign people to conditions" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 78:18 |
| CHANGE FROM: | "simply her asking" |
| CHANGE TO: | "simply asking her" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 80:13 |
| CHANGE FROM: | "mental harm disparities" |
| CHANGE TO: | "mental health disparities" |
| REASON: | Transcription error |

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

| | |
|---|---|
| PAGE LINE: | 81:24 |
| CHANGE FROM: | "Fingerhut, et al. Paper" |
| CHANGE TO: | "Fingerhut, et al. paper" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 82:16 |
| CHANGE FROM: | "depressed" |
| CHANGE TO: | "depression" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 88:8 |
| CHANGE FROM: | "an individual as" |
| CHANGE TO: | "an individual's" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 96:2 |
| CHANGE FROM: | "many Americans old" |
| CHANGE TO: | "many Americans hold" |
| REASON: | Typographical error |

| | |
|---|---|
| PAGE LINE: | 98:4 |
| CHANGE FROM: | "imagines of lesbian" |
| CHANGE TO: | "images of lesbian" |
| REASON: | Transcription error |

7

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

| | |
|---|---|
| PAGE LINE: | 98:6 |
| CHANGE FROM: | "for trails" |
| CHANGE TO: | "portrayals" |
| REASON: | Transcription error |

| | |
|---|---|
| PAGE LINE: | 98:14 |
| CHANGE FROM: | "More the point" |
| CHANGE TO: | "More to the point" |
| REASON: | Typographical error |

8

Letitia Anne Peplau Errata Sheet for June 17, 2011 Deposition

*Letitia A Peplau*

Letitia Anne Peplau, Ph.D

Subscribed and sworn to before me

this 27th day of July, 2011.

_____  May 6, 2014
(NOTARY PUBLIC)  (MY COMMISSION EXPIRES)

CERTIFICATE

STATE OF   CALIFORNIA

: ss.

COUNTY OF   LOS ANGELES

JOSUE GUARDADO
Commission # 1888339
Notary Public - California
Los Angeles County
My Comm. Expires May 6, 2014

9