# **EXHIBIT D**

Case 2:18-cv-00887-RSW-JCF Document 116-82 Filed 04/09/15 Page 2 of 4 Page ID #:3066
Case 3:10-cv-08435-BSJ-JCF Document 116-82 Filed 04/09/15 Page 2 of 4

Michael E. Lamb, Ph.D.                                      June 24, 2011

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------
EDITH SCHLAIN WINDSOR, in her
capacity as Executor of the Estate
of CLARA SPYER,

        Plaintiff,

   -against-                           10-CV-8435

THE UNITED STATES OF AMERICA,

        Defendant.
-----------------------------------------

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------
JOANNE PEDERSEN & ANN MEITZEN,
GERALD V. PASSARO II, LYNDA
DEFORGE & RAQUEL ARDIN, JANET
GELLER & JOANNE MARQUIS, SUZANNE
& GERALDINE ARTIS, BRADLEY
KLEINERMAN & JAMES GEHRE
DAMON SAYVOY & JOHN WEISS,
        Plaintiffs,
                                Civil Action No.
   -against-                    310 CV 1750 (VLB)
OFFICE OF PERSONNEL MANAGEMENT,
TIMOTHY F. GEITHNER, in his official
capacity as the Secretary of the
Treasury, and HILDA L. SOLIS, in her
official capacity as the Secretary of
Labor, et al.,

        Defendants.
-----------------------------------------

           DEPOSITION OF MICHAEL E. LAMB, Ph.D.

              Friday, June 24, 2011
```




Telephone: 212.349.9692
Facsimile: 212.557.2152

One Penn Plaza
Suite 4715
New York, NY 10119

Case 2:13-cv-00217-RJS-DBP Document 116-82 Filed 04/09/15 Page 3 of 4
Case 1:08-cv-08835-RJW-JCF Document 140-82 Filed 04/09/15 PageID #:3067

Michael E. Lamb, Ph.D.                                June 24, 2011

Page 31

```
 1                     M. Lamb
 2      Q.   Have there been any studies of the
 3   children of same-sex couples in the state of
 4   Massachusetts?
 5      A.   I am not familiar with studies of
 6   children in those circumstances in Massachusetts.
 7      Q.   Are you aware of any other study --
 8   let me rephrase.
 9           Are you aware of any studies of
10   children of same-sex parents in jurisdictions
11   where same-sex parents can be married?
12      A.   Am I aware -- sorry.  Can you repeat
13   it?
14      Q.   Yes.  Are you aware of any studies
15   that look at the benefits or the detriments
16   obtained by children of same-sex parents in
17   jurisdictions where same-sex marriage is allowed?
18      A.   Same-sex marriage has been allowed
19   only quite recently in this country.  There are
20   studies such as those by Henny Bos in the
21   Netherlands, where same-sex marriage has been
22   allowed longer, that would be directly relevant
23   to that issue.
24      Q.   And what do those studies show?
25      A.   The studies show, as I summarized
```




```
 1                   M. Lamb
 2   earlier, that there is no difference in
 3   children's adjustment depending upon the sexual
 4   orientation of their parents and that the
 5   children's adjustment in those families, as in
 6   all other circumstances, depends on the three
 7   classes of variables that I have outlined in my
 8   affidavit.
 9        Q.   In paragraph 41, Exhibit 2, you write,
10   "DOMA may convey to children of married same-sex
11   couples that their parents' relationships are
12   less valid or legitimate than the marriages of
13   heterosexual couples."
14             Can you point to any study that
15   confirms this supposition?
16        A.   No.  Again, I can't point to any
17   study, which is why I used the word "may."
18   Again, it's an extrapolation from the literature
19   that we do have focused on the factors that
20   affect children.
21        Q.   In that same paragraph, paragraph 41,
22   you state that "DOMA denies --" let me read the
23   actual quote.
24             You write, "In addition to denying
25   children important federal legal protections,
```


