1   STUART F. DELERY
    Acting Assistant Attorney General
2   ANDRE BIROTTE, JR.
3   United States Attorney
    ARTHUR R. GOLDBERG (DC Bar No. 180661)
4   Assistant Branch Director
5   JEAN LIN (NY Bar No. 4074530)
    Senior Trial Counsel
6   United States Department of Justice
7   Civil Division
    Federal Programs Branch
8   20 Massachusetts Ave., N.W.
9   Washington, DC 20530
10  (202) 514-3716
    jean.lin@usdoj.gov
11

12  Attorneys for Federal Defendants

13
                    **UNITED STATES DISTRICT COURT**
14      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15
16  TRACEY COOPER-HARRIS and          )  CASE NO.  CV12-887 CMB (AJWx)
    MAGGIE COOPER-HARRIS             )
                                      )
17                                    )  Judge: Hon. Consuelo B. Marshall
18                      Plaintiffs,   )
        vs.                           )  FEDERAL DEFENDANTS' *EX*
19                                    )  *PARTE* APPLICATION FOR
20  UNITED STATES OF AMERICA;         )  AN ORDER CLARIFYING THIS
    ERIC H. HOLDER, JR., in his official )  COURT'S APRIL 4, 2013 MINUTE
21  capacity as Attorney General; and ERIC )  ORDER REGARDING
22  K. SHINSEKI, in his official capacity as )  CONSOLIDATED STATEMENT;
    Secretary of Veterans Affairs,    )  DECLARATION OF JEAN LIN
23                                    )
24                      Defendants,   )
                                      )
25  BIPARTISAN LEGAL ADVISORY         )
26  GROUP OF THE U.S. HOUSE OF        )
27  REPRESENTATIVES,                  )
                                      )
28            Intervenor-Defendant.   )

On April 4, 2013, the Court entered a Minute Order (ECF No. 112) that requires the filing of a consolidated statement identifying disputes, agreements, and evidence relating to factual assertions and conclusions of law at issue in the motions for summary judgment filed by Plaintiffs and Intervenor-Defendant the Bipartisan Legal Advisory Group of the House of Representatives ("BLAG").[1] The Court's Order refers in some places to "Plaintiffs" and "BLAG," and in other places to the "parties."  Federal Defendants, the United States of America, the Attorney General Eric H. Holder Jr., and the Secretary of Veterans Affairs Eric K. Shinseki, understand the Order to require the positions of the parties who have filed or opposed motions for summary judgment, and have also filed statements of uncontroverted facts and conclusions of law and responses to such statements.  The Federal Defendants have not moved for summary judgment or opposed either BLAG's or Plaintiffs' summary judgment motions, and have not filed a statement

---

[1] Specifically, the Order requires a consolidated statement:

    A.  Listing all uncontroverted facts and supporting evidence as alleged by Plaintiffs and Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives ("BLAG") to which all parties agree, clearly labeling which party alleges that fact, and;

    B. Responding to each moving party's alleged uncontroverted fact for which there is a genuine dispute, with citations to supporting evidence.  Each response should clearly label which party alleges that fact and which party disputes it, and;

    C. Listing all conclusions of law as alleged by Plaintiffs and BLAG to which all parties agree, and clearly labeling which party alleges that conclusion of law, and;

    D. Listing each alleged conclusion of law for which there is a dispute, and clearly labeling which party alleges that conclusion of law and which party disputes it.

of uncontroverted facts and conclusions of law, or responses to such statements filed by BLAG and Plaintiffs, that could be incorporated into a consolidated statement to assist the Court.  Federal Defendants thus respectfully seek the Court's clarification that the Order's references to the "parties" refer to the moving parties, Plaintiffs and BLAG.  Neither BLAG nor Plaintiffs oppose Federal Defendants' *ex parte* application.

As Federal Defendants previously informed this Court, the Department of Justice will not defend the constitutionality of Section 3 of the Defense of Marriage Act and Sections 101(3) and (31) of Title 38 of the United States Code under the equal protection component of the Due Process Clause of the Fifth Amendment. *See* Notice to the Court, Feb. 24, 2012, ECF No. 16.  At issue in BLAG's and Plaintiffs' cross motions for summary judgment is the constitutionality of those provisions under the equal protection component of the Due Process Clause. While Federal Defendants have filed a brief explaining the United States' position on that legal question (ECF No. 113) since this Court's April 4 Order, that statement is merely to aid this Court's resolution of the cross motions.

Federal Defendants have construed the Order's references to "parties" to require only Plaintiffs and BLAG, but not Federal Defendants, to prepare the consolidated statement because Federal Defendants are not moving parties in any pending motion and did not file an opposition to the cross-motions for summary judgment filed by BLAG and Plaintiffs.  Only BLAG and Plaintiffs have filed statements of uncontroverted facts and conclusions of law and responses to such statements.  Federal Defendants have not filed such a statement or response that could be incorporated into a consolidated statement.  Nor have they filed a separate Answer.

Upon receiving the Court's Minute Order (ECF No. 112) on April 4, 2013, Federal Defendants believed that the Order did not apply to them for the reasons discussed above.  Late in the evening on April 9, 2013, counsel for Plaintiffs circulated a draft consolidated statement to BLAG and to Federal Defendants, and inquired about Federal Defendants' position on the consolidated statement.  The next day, the undersigned counsel telephoned counsel for Plaintiffs to discuss the matter.  Out of an abundance of caution, Federal Defendants are now respectfully submitting this *ex parte* application seeking this Court's clarification of the April 4 Order's reference to "parties."

Federal Defendants' Counsel Jean Lin has conferred with Plaintiffs' counsel, Mr. Adam Romero, as well as BLAG's Counsel, Ms. Mary Beth Walker, regarding this *ex parte* application.  Neither BLAG nor Plaintiffs oppose Federal Defendants' *ex parte* application.

Date:  April 11, 2013

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

ANDRE BIROTTE, JR.
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

   /s/ *Jean Lin*
JEAN LIN
Senior Trial Counsel
U.S. Department of Justice, Civil Div.
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Attorneys for Federal Defendants

DECLARATION OF JEAN LIN

I, JEAN LIN, declare

1.     I am a Senior Trial Counsel in the Federal Programs Branch of the Civil Division of the United States Department of Justice, in Washington, DC.  I am the counsel of record for Federal Defendants the United States of America, the Attorney General Eric H. Holder Jr., and the Secretary of Veterans Affairs Eric K. Shinseki, in this action.

2.     I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently thereto.

3.     On April 11, 2013, I contacted Mr. Adam Romero, counsel for Plaintiffs, and Ms. Mary Beth Walker, counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the House of Representatives ("BLAG") regarding Federal Defendants' *ex parte* application for an order clarifying that references to "parties" in this Court's April 4, 2013 Order refer to Plaintiffs and BLAG, and not Federal Defendants.  Mr. Romero and Ms. Walker indicated that Plaintiffs and BLAG, respectively, do not oppose this *ex parte* application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2013 at Washington, DC.


                                        __/s/ *Jean Lin*_____
                                        JEAN LIN

Case No. 12-cv-887 CBM (AJWx)
Fed. Defs. Ex Parte Application for Clarification- page 4