STUART F. DELERY
Acting Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ARTHUR R. GOLDBERG (DC Bar No. 180661)
Assistant Branch Director
JEAN LIN (NY Bar No. 4074530)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3716
jean.lin@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | CASE NO. CV12-887 CMB (AJWx)<br><br>Judge: Hon. Consuelo B. Marshall<br><br>[PROPOSED ORDER] CLARIFYING THAT THE USE OF "PARTIES" IN THIS COURT'S APRIL 4, 2013 ORDER REFERS TO PLAINTIFFS AND BLAG |

Upon consideration of Federal Defendants' *Ex Parte* Application for An Order Clarifying this Court's April 4, 2013 Minute Order Regarding Consolidated Statement, it is hereby

CLARIFIED that the April 4, 2013 Order's references to the "parties" refer to Plaintiffs and BLAG, the parties who have crossed moved for summary judgment, and not Federal Defendants.

DATED_____                    _____
                                        U.S. District Court Judge

Case No. 12-cv-887 CBM (AJWx)
Fed. Defs. Ex Parte Application for Clarification- page 1