STUART F. DELERY
Acting Assistant Attorney General
ANDRE BIROTTE, JR.
United States Attorney
ARTHUR R. GOLDBERG (DC Bar No. 180661)
Assistant Branch Director
JEAN LIN (NY Bar No. 4074530)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
(202) 514-3716
jean.lin@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | CASE NO. CV12-887 CBM (AJWx)<br><br>Judge: Hon. Consuelo B. Marshall<br><br>FEDERAL DEFENDANTS' NOTICE OF ERRATA |

Federal Defendants

Federal Defendants, the United States of America, the Attorney General Eric H. Holder Jr., and the Secretary of Veterans Affairs Eric K. Shinseki, respectfully submit a corrected version of their filing made on April 8, 2013 (ECF No. 113), which appears on the docket as follows: STATEMENT of Federal Defendants in Response to MOTION for Summary Judgment [96], Cross MOTION for Summary Judgment [105] filed by Defendants Eric H Holder, Jr, Eric K Shinseki, United States of America. (Lin, Jean)

The April 8, 2013 version inadvertently removed the line numbers from the document. A corrected copy is attached.

Date: April 11, 2013                    Respectfully Submitted,

                                        STUART F. DELERY
                                        Acting Assistant Attorney General

                                        ANDRE BIROTTE, JR.
                                        United States Attorney

                                        ARTHUR R. GOLDBERG
                                        Assistant Branch Director

                                         /s/ *Jean Lin*
                                        JEAN LIN
                                        Senior Trial Counsel
                                        U.S. Department of Justice, Civil Div.
                                        Federal Programs Branch
                                        20 Massachusetts Ave., N.W.
                                        Washington, DC 20530

                                        Attorneys for Federal Defendants

Case No. 12-cv-887 CBM (AJWx)
Fed Def. Notice of Errata