**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,<br><br>Defendants,<br><br>BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | CASE NO.  CV12-887 CBM (AJWx)<br><br>Judge: Hon. Consuelo B. Marshall<br><br>ORDER CLARIFYING THAT THE USE OF "PARTIES" IN THIS COURT'S APRIL 4, 2013 ORDER REFERS TO PLAINTIFFS, BLAG, & FEDERAL DEFENDANTS |

Upon consideration of Federal Defendants' *Ex Parte* Application for An Order Clarifying this Court's April 4, 2013 Minute Order [Docket No. 112] Regarding Consolidated Statement, [Docket No. 117], it is hereby CLARIFIED

1  that the April 4, 2013 Order's references to the "parties" refer to *all* parties in this
2  action:  Plaintiffs, the Bipartisan Legal Advisory Group Of The U.S. House Of
3  Representatives ("BLAG"), and Federal Defendants.

5  DATED_April 12, 2013                         _____
6                                               CONSUELO B. MARSHALL
7                                               U.S. DISTRICT COURT JUDGE