UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | April 25, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| n/a | n/a |

**Proceedings:**    IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the following motions are continued to May 13, 2013 at 2:30 P.M.:
(1) Plaintiff's Motion for Summary Judgment (#96);
(2) Intervenor-Defendants' Cross Motion for Summary Judgment (#105).

00 : 00

Initials of Preparer    JL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887  CBM(AJWx) | Date | April 25, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |