UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0887 CBM (AJWx) | Date | April 30, 2013 |
|---|---|---|---|
| Title | *Tracey Cooper-Harris et al. v. United States of America et al.* | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**  IN CHAMBERS/OFF THE RECORD
**ORDER DENYING EX PARTE APPLICATION FOR LEAVE TO FILE TABLE**

The matter before the Court is Federal Defendants' Ex Parte Application for Filing The Attached Table Setting Forth Their Position with Respect to Plaintiffs' and Blag's Joint Consolidated Statement of Uncontroverted and Disputed Facts and Disputed Conclusions of Law.  [Docket No. 122.]

On April 4, 2013, the Court issued a Minute Order, (Doc. No. 112), that required the filing of a consolidated statement regarding uncontroverted facts and conclusions of law and disputes thereto from all parties.  In its April 12, 2013 Minute Order, (Doc. No. 120), the Court inadvertently defined "parties" to include Federal Defendants.  Federal Defendants are not required to file a consolidated statement regarding their position as to each uncontroverted fact and conclusion of law since they are not a moving party.

The Ex Parte Motion is **DENIED**.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | JL | |