UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887  CBM(AJWx) | Date | May 8, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| n/a | n/a |

**Proceedings:**       In Chambers-Off the Record

On the Court's own motion, Plaintiffs' Motion for Summary Judgment (#96) and Intervenor-Defendant's Cross Motion for Summary Judgment (#105) are hereby continued to Friday, May 17, 2013 at 8:00 A.M.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer       JL |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | May 8, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs United States of America, et al | | |