# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | No. 2:12-cv-0887-CBM (AJWx) <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW the undersigned and moves this Court to enter an Order permitting the withdrawal of Christine P. Sun as counsel of record for the Plaintiffs and the proposed class in this action. In support of this motion, the undersigned would show as follows:

1. As of May 10, 2013, Christine P. Sun will no longer be affiliated with the Southern Poverty Law Center and will no longer be handling cases on behalf of the law firm. The Southern Poverty Law Center and associated attorneys will continue to represent the Plaintiffs and the proposed class.

2. The undersigned is unaware of any prejudice to the rights and interests of any other parties occasioned thereby.

WHEREFORE, the undersigned moves this Court to enter its Order permitting the withdrawal of Christine P. Sun in the above-captioned case.

Dated: May 14, 2013

                        Respectfully submitted,

                        /s/ Christine P. Sun
                        Christine P. Sun, Ca. Bar No. SBN 218701
                        SOUTHERN POVERTY LAW CENTER
                        400 Washington Avenue
                        Montgomery, Alabama 36104
                        T: (334) 956-8200
                        F: (334) 956-8481
                        ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

        I hereby certify that on May 14, 2013, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: May 14, 2013

Adam P. Romero, Esquire
Daniel S. Noble, Esquire
Rubina Ali, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
New York City, New York 10007
212-295-6422

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California 94304
650-858-6000

Randall R. Lee, Esquire
Matthew D. Benedetto, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand Avenue Suite 2100
Los Angeles, California 90071
213-443-5400

Jean Lin, Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia 20530
202-514-3716

/s/Christine P. Sun
Christine P. Sun, Ca. Bar No. SBN 218701
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
T: (334) 956-8200
F: (334) 956-8481
ATTORNEY FOR PLAINTIFFS