| | |
|---|---|
| 1 | JOSEPH J. LEVIN, JR. (*Pro Hac Vice*) |
| | joe.levin@splcenter.org |
| 2 | CHRISTINE P. SUN (SBN 218701) |
| | christine.sun@splcenter.org |
| 3 | CAREN E. SHORT (*Pro Hac Vice*) |
| | caren.short@splcenter.org |
| 4 | SOUTHERN POVERTY LAW CENTER |
| | 400 Washington Avenue |
| 5 | Montgomery, AL 36104 |
| | Telephone: (334) 956-8200 |
| 6 | Facsimile: (334) 956-8481 |
| 7 | (*Caption Continued on Next Page*) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | | |
|---|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS, | ) | Case No. CV12-887-CBM |
| | ) | |
| Plaintiffs, | ) | **CORRECTED MOTION FOR WITHDRAWAL OF COUNSEL** |
| | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official Capacity as Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

| | |
|---|---|
| 1 | RANDALL R. LEE (SBN 152672) |
| | randall.lee@wilmerhale.com |
| 2 | MATTHEW BENEDETTO (SBN 252379) |
| | matthew.benedetto@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 350 South Grand Avenue, Suite 2100 |
| 4 | Los Angeles, CA 90071 |
| | Telephone:  (213) 443-5300 |
| 5 | Facsimile:  (213) 443-5400 |
| 6 | ADAM P. ROMERO (*Pro Hac Vice*) |
| | adam.romero@wilmerhale.com |
| 7 | RUBINA ALI (*Pro Hac Vice*) |
| | rubina.ali@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| 9 | New York, NY 10007 |
| | Telephone:  (212) 230-8800 |
| 10 | Facsimile:  (212) 230-8888 |
| 11 | EUGENE MARDER (SBN 275762) |
| | eugene.marder@wilmerhale.com |
| 12 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 950 Page Mill Road |
| 13 | Palo Alto, California 94304 |
| | Telephone:  (650) 858-6000 |
| 14 | Facsimile:  (650) 858-6100 |
| 15 | Attorneys for Plaintiffs |
| | TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS |

Pursuant to Local Rule 83-2.9.2.1, Christine P. Sun hereby moves this Court for an order allowing her to withdraw as counsel for the Plaintiffs in this case. Ms. Sun is no longer an attorney at the Southern Poverty Law Center. Plaintiffs will continue to be represented by attorneys Joseph J. Levin, Jr. and Caren E. Short of the Southern Poverty Law Center and by Randall R. Lee, Adam P. Romero, Matthew D. Benedetto, Eugene Marder, and Rubina Ali of Wilmer Cutler Pickering Hale & Dorr LLP. Defendants and Intervenor-Defendant consent to this motion.

Ms. Sun withdraws her prior motion seeking the same relief (ECF No. 129), which was inadvertently filed.

Attached herewith is an appropriate proposed order.

Dated: May 14, 2013

Respectfully submitted,

/s/ Christine P. Sun
Christine P. Sun
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
T: (334) 956-8200
F: (334) 956-8481
ATTORNEY FOR PLAINTIFFS

1

# CERTIFICATE OF SERVICE

I certify that on May 14, 2013, I electronically filed the foregoing Corrected Motion for Withdrawal of Counsel with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Nicholas J. Nelson (DC Bar 1001696)
nnelson@bancroftpllc.com
BANCROFT PLLC
1919 M Street, N.W., Suite 470
Washington, D.C. 20036

Kerry W. Kircher
Kerry.Kircher@mail.house.gov
William Pittard
William.Pittard@mail.house.gov
Christine Davenport
Christine.Davenport@mail.house.gov
Todd B. Tatelman
Todd.Tatelman@mail.house.gov
Mary Beth Walker
MaryBeth.Walker@mail.house.gov
Eleni Roumel, Assistant Counsel
Eleni.Roumel@mail.house.gov
OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515

Jean Lin, Trial Attorney
jean.lin@usdoj.gov
U.S. DEPARTMENT OF JUSTICE
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, Northwest
Washington, District of Columbia 20530

/s/ Caren E. Short
Caren E. Short

ActiveUS 107880727v.1