**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA; ERIC H. HOLDER, JR., in his official capacity as Attorney General; and ERIC K. SHINSEKI, in his official capacity as Secretary of Veterans Affairs,

    Defendants,

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,

    Intervenor-Defendant.

No. CV12-887 CBM (AJWx)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Christine P. Sun's motion to withdraw as an attorney in this case, it is by this Court, this __ day of May, 2013, hereby ORDERED

That the Application is GRANTED and Ms. Sun's prior motion (ECF No. 129) is deemed withdrawn.

_____

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE