UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-887 CBM(AJWx) | Date | May 17, 2013 |
|---|---|---|---|
| Title | Tracey Cooper-Harris, et al vs USA, et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|

| Joseph M. Levario | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Adam P. Romero | Jean Lin, Dept. Of Justice |
| Caren E. Short | Nicholas Nelson-Bipartisan Legal, etc. |
| Randall Lee | |
| Eugene Marder | |

**Proceedings:** Plaintiff's Motion for Summary Judgment (#96)
Intervenor-Defendant's Cross Motion for Summary Judgment (#105)

Case called, counsel announced their appearances, arguments held. Plaintiff's Motion for Summary Judgment and Intervenor-Defendant's Cross Motion for Summary Judgment are submitted without further oral arguments.

1 : 10

Initials of Preparer    JL