Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com
Michael H. McGinley (DC Bar 1006943)
mmcginley@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov
Eleni M. Roumel, Assistant Counsel (SC Bar 75763)
Eleni.Roumel@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant the Bipartisan
Legal Advisory Group of the U.S. House of Representatives*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| TRACEY COOPER-HARRIS and MAGGIE COOPER-HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants,<br><br>THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>Intervenor-Defendant. | No. 2:12-cv-00887-CBM (AJWx)<br><br>**UNOPPOSED EX PARTE APPLICATION OF THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES TO WITHDRAW AS INTERVENOR-DEFENDANT**<br><br>Hon. Consuelo B. Marshall |

The Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") respectfully applies ex parte to withdraw as Intervenor-Defendant. No party opposes this Application.[1]

### MEMORANDUM IN SUPPORT

The House sought, and was granted, leave to intervene in this case for the purpose of defending the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), Pub. L. No. 104-199, 110 Stat. 2419 (1996), codified at 1 U.S.C.

---

[1] The House advises, per L.R. 7-19, that Plaintiffs are represented by, among other counsel, Adam Romero, Wilmer Cutler Pickering Hale & Dorr LLP, 7 World Trade Center, New York, New York 10007, (212) 295-6422, adam.romero@wilmerhale.com. Defendants are represented by Jean Lin, Senior Litigation Counsel, U.S. Department of Justice, 20 Massachusetts Avenue, NW, Washington, D.C. 20530, (202) 514-3716, jean.lin@usdoj.gov.

§ 7, and 38 U.S.C. § 101(3), (31).  *See* Notice of Mot. & Mot. [for Leave to Intervene] (Apr. 2, 2012) (ECF No. 17); Order [Granting Mot. to Intervene] (May 22, 2012) (ECF No. 38).

The Supreme Court recently resolved the issue of DOMA Section 3's constitutionality.  *See United States v. Windsor*, 570 U.S. __ (2013), 2013 WL 3196928 (June 26, 2013).  The *Windsor* decision necessarily resolves the issue of DOMA Section 3's constitutionality in this case.  While the question of whether 38 U.S.C. § 101(3), (31) is constitutional remains open, the House has determined, in light of the Supreme Court's opinion in *Windsor*, that it no longer will defend that statute.  Accordingly, the House now seeks leave to withdraw as a party defendant.

If and when this Application is granted, the House also withdraws its Cross Motion for Summary Judgment (Mar. 18, 2013) (ECF No. 105), and its Opposition to Plaintiffs' Motion for Summary Judgment (Mar. 18, 2013) (EFC No. 108).

A declaration and a proposed order are attached, and oral argument is not requested.

                                  Respectfully submitted,

                                  By:  */s/ Paul D. Clement*
                                  Paul D. Clement
                                  BANCROFT PLLC[2]

                                  *Counsel for Intervenor-Defendant*

July 22, 2013

---

[2] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory Paul D. Clement.

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2013, I electronically filed the foregoing Unopposed Ex Parte Application of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Caren E. Short, Esquire
Joseph J. Levin, Jr., Esquire
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
caren.short@splcenter.org
joe.levin@splcenter.org
*Counsel for Plaintiffs*

Adam P. Romero, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
7 World Trade Center
New York, New York  10007
adam.romero@wilmerhale.com
*Counsel for Plaintiffs*

Rubina Ali, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
250 Greenwich Street
New York, New York  10007
rubina.ali@wilmerhale.com
*Counsel for Plaintiffs*

Eugene Marder, Esquire
WILMER CUTLER PICKERING HALE & DORR LLP
950 Page Mill Road
Palo Alto, California  94304
eugene.marder@wilmerhale.com
*Counsel for Plaintiffs*

| | |
|---|---|
| 1 | Randall R. Lee, Esquire |
| 2 | Matthew D. Benedetto, Esquire |
|   | WILMER CUTLER PICKERING HALE & DORR LLP |
| 3 | 350 South Grand Avenue Suite 2100 |
| 4 | Los Angeles, California  90071 |
|   | randall.lee@wilmerhale.com |
| 5 | matthew.benedetto@wilmerhale.com |
| 6 | *Counsel for Plaintiffs* |
| 7 | |
|   | Jean Lin, Senior Trial Counsel |
| 8 | U.S. DEPARTMENT OF JUSTICE |
|   | Civil Division - Federal Programs Branch |
| 9 | 20 Massachusetts Avenue, NW |
| 10 | Washington, District of Columbia  20530 |
|    | jean.lin@usdoj.gov |
| 11 | *Counsel for Executive Branch Defendants* |

              */s/ Kerry W. Kircher*
              Kerry W. Kircher