## **DECLARATION OF KERRY W. KIRCHER**

I, Kerry W. Kircher, hereby declare under penalty of perjury:

1. I, Kerry W. Kircher, am General Counsel for the U.S. House of Representatives, and one of the counsels for the Intervenor-Defendant in this matter.

2. Pursuant to L.R. 7-19.1, I gave notice of this application to Adam Romero, Counsel for Plaintiffs, and Jean Lin, counsel for the Executive Branch defendants, via email on July 22, 2013.  Mr. Romero and Ms. Lin each advised by email that their respective clients do not oppose the House's application to withdraw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2013, at Washington, D.C.

>                  */s/ Kerry W. Kircher*
>                  KERRY W. KIRCHER