**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

_____ )
TRACEY COOPER-HARRIS and )
MAGGIE COOPER-HARRIS, ) No. 2:12-cv-00887-CBM (AJWx)
 )
Plaintiffs, )
v. ) **[PROPOSED] ORDER**
 )
UNITED STATES OF AMERICA, et al., )
 )
Defendants, )
 )
THE BIPARTISAN LEGAL ADVISORY )
GROUP OF THE U.S. HOUSE OF )
REPRESENTATIVES, )
 )
Intervenor-Defendant. )
_____ )

[PROPOSED] ORDER

UPON CONSIDERATION OF the Unopposed Ex Parte Application of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant ("Application"), and the entire record herein, it is by the Court this ____ day of _____, 2013, ORDERED

That the Application is GRANTED. It is further ORDERED that Motion [for Summary Judgment] (Mar. 18, 2013) (ECF No. 105), is deemed withdrawn.

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE