1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

_____
                                          )
TRACEY COOPER-HARRIS and                  )
MAGGIE COOPER-HARRIS,                     )   No. 2:12-cv-00887-CBM (AJWx)
                                          )
            Plaintiffs,                   )
        v.                                )   **ORDER [136]**
                                          )
UNITED STATES OF AMERICA, et al.,         )
                                          )
            Defendants,                   )
                                          )
THE BIPARTISAN LEGAL ADVISORY             )
GROUP OF THE U.S. HOUSE OF                )
REPRESENTATIVES,                          )
                                          )
            Intervenor-Defendant.         )
_____ )

    UPON CONSIDERATION OF the Unopposed Ex Parte Application [ECF No. 136] of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant ("Application"), and the

entire record herein, it is by the Court this 23rd day of July, 2013, ORDERED that the Application is GRANTED. It is further ORDERED that Intervenor-Defendant's Cross-Motion for Summary Judgment (Mar. 18, 2013) (ECF No. 105) and its Opposition to Plaintiffs' Motion for Summary Judgment (Mar. 18, 2013) (ECF No. 108) are deemed withdrawn.

**IT IS SO ORDERED.**

Date: July 23, 2013

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE